Robert J. Herrington (SBN CA 234417)
Richard Tabura (SBN CA 298677)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
Robert.Herrington@gtlaw.com
Richard.Tabura@gtlaw.com

Attorneys for Defendant MEDTRONIC, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MEDICAL RESOURCES CORPORATION, a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC., a Minnesota corporation,<br><br>    Defendant. | CASE NO. 8:23-cv-00268-CJC-DFM<br><br>**STIPULATION TO (1) EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3) AND (2) EXTEND RESPONSIVE PLEADING DEADLINE AN ADDITIONAL 15 DAYS**<br><br>Complaint Served: 2/16/2023<br>Current Response Date: 3/9/2023<br>Response Date per L.R. 8-3 4/10/2023<br>Proposed Response Date 4/24/2023 |

Defendant Medtronic, Inc. and Plaintiff Applied Medical Resources Corporation jointly stipulate as follows:

1. Defendant was served with Plaintiff's complaint on February 16, 2023. Defendant's response deadline is March 9, 2023.

2. To allow Defendant to investigate this case, interview and select lead counsel, meet and confer with Plaintiff under Local Rule 7-3, and prepare an appropriate responsive pleading, the parties agree to extend Defendant's responsive pleading deadline by 45 days, up to and including April 24, 2023.

3. The parties also agree that Plaintiff will have 45 days to respond to any motion challenging the pleadings filed by Defendant.

4. There have been no prior stipulations regarding the extension of time for Defendant to respond to the Complaint.

5. Thus, the parties request that the Court issue the following orders: (1) an order approving 15 additional days beyond Local Rule 8-3's 30-day extension for Defendant to respond to the Complaint; and (2) an order permitting Defendant to set any hearing on any motion challenging the pleadings for a date that will give Plaintiff at least 45 days to respond to any such motion filed by Defendant.

Dated: March 7, 2023  GREENBERG TRAURIG, LLP

/s/ Richard Tabura
Robert J. Herrington
Richard Tabura
Attorneys for Defendant, Medtronic, Inc.

Dated: March 7, 2023  KNOBBE, MARTENS, OLSON & BEAR, LLP

/s/ Stephen Larson
Stephen Larson
Attorneys for Plaintiff, Applied Medical Resources Corporation

# **ATTESTATION**

I, Richard Tabura, am the CM/ECF user whose ID and password are being used to file this Stipulation to (1) extend time to respond to initial complaint by not more than 30 days (L.R. 8-3) and (2) extend responsive pleading deadline an additional 15 days. Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that Stephen Larson, counsel for Plaintiff, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized the filing.

Dated: March 7, 2023            GREENBERG TRAURIG, LLP

/s/ Richard Tabura
Richard Tabura
Attorneys for Defendant, Medtronic, Inc.