CLERK, U.S. DISTRICT COURT

May 19, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins  DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

In the Matter of the Creation of the Calendar )
of )   ORDER OF THE CHIEF JUDGE
) **23-039**
Judge WESLEY L. HSU )

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Wesley L. Hsu,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Cormac J. Carney to the calendar of Judge Wesley L. Hsu:

| Case Number | Case Title |
| --- | --- |
| 2:19-cv-04610-CJC-GJSx | Latisha Nixon et al v. Edward Buck et al |
| 2:23-cv-02777-CJC-SP | Barron K. Simmons v. B. Arreguin et al |
| 5:22-cv-01696-CJC-JEMx | Cecilia Hodges v. Ford Motor Company et al |
| 8:21-cv-01648-CJC-ADSx | United States of America et al v. KAP7 Intenational, Inc. et al |
| 8:22-cv-01385-CJC-ADSx | Seychelle Environmental Technologies, Inc. v. Epic Water Filters |
| 8:22-cv-01770-CJC-ADSx | Brius Technologies, Inc. v. Swift Health Systems Inc. et al |
| 8:22-cv-01790-CJC-KESx | Gail Parrish et al v. Gordon Lane Healthcare, LLC et al |
| 8:22-cv-02323-CJC-JDEx | Petr Krivanek v. Ford Motor Company et al |
| 8:23-cv-00268-CJC-DFMx | Applied Medical Resources Corporation v. Medtronic, Inc. |
| 8:23-cv-00537-CJC-DFMx | Nicole Joseph v. Rebecca Chmura et al |
| 8:23-cv-00642-CJC-KESx | Ashley Cubias v. Ford Motor Company |
| 8:23-cv-00719-CJC-ADSx | Ohio Security Insurance Company v. Green Leaf Rent A Car and Leasing, Inc. et al |

In the Matter of the
Creation of Calendar for
District Judge Wesley L. Hsu                                                                            2

| 8:23-cv-00733-CJC-ADSx | Mahtab Naji v. Alejandro Mayorkas et al |
| 8:23-cv-00760-CJC-JDEx | Li Li v. Alejandro Mayorkas et al |

On all documents subsequently filed in the case, please substitute the Judge initials WLH after the case number in place of the initials of the prior Judge.

DATED: May 19, 2023

_____
Chief Judge Philip S. Gutierrez