UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MEDICAL RESOURCES CORP., *Plaintiff*<br>v.<br>MEDTRONIC, INC., *Defendant* | No. 8:23-cv-00268-WLH-DFM<br>**[PROPOSED] ORDER GRANTING FEDERAL TRADE COMMISSION'S MOTION FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE** |

**ORDER**

On July 3, 2023, the Federal Trade Commission filed a motion for leave to file a brief as *amicus curiae*. The Court, having considered the Federal Trade Commission's motion and finding good cause therefore, hereby GRANTS the motion.

**IT IS SO ORDERED.**

Dated: , 2023

Hon. Wesley L. Hsu
United States District Judge