UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MEDICAL RESOURCES CORP.,<br><br>      Plaintiff,<br><br>  v.<br><br>MEDTRONIC, INC<br><br>      Defendant. | Case No. 8:23-cv-00268-WLH-DFM<br><br>**ORDER GRANTING FEDERAL TRADE COMMISSION'S MOTION FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE [27]** |

On July 3, 2023, the Federal Trade Commission filed a motion for leave to file a brief as amicus curiae. "The district court has broad discretion to appoint amici curiae." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir.1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995). The Court, having considered the Federal Trade Commission's motion, hereby **GRANTS** the motion.

To address Medtronic's concern that the FTC's brief was filed too late for Medtronic to fully respond, the Court grants Medtronic leave to file a ten-page response,

with the option of continuing the hearing on its Motion to Dismiss.  If Medtronic wishes to pursue this option, it must notify the Courtroom Deputy by email at WLH_Chambers@cacd.uscourts.gov within 24 hours of the issuance of this Order.

**IT IS SO ORDERED.**

Dated:  July 18, 2023

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE