UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 8:23-cv-00268-WLH-DFMx | Date | July 21, 2023 |
|---|---|---|---|
| Title | Applied Medical Resources Corporation v. Medtronic, Inc. | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| Holidae Crawford | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Stephen W Larson<br>Adam Powell<br>Stephen C Jensen | Alan Benjamin Freedman<br>George Stephen Cary<br>Leah O. Brannon<br>Richard R. Tabura |

**Proceedings:**   **DEFENDANTS' MOTION TO DISMISS [19]**

    The matter was called, and counsel stated their appearances.  The Court's Tentative Ruling was issued on July 20, 2023, and reviewed by counsel.  The Court heard oral argument.  The Court took the request **UNDER SUBMISSION** and a ruling will be issued.

                                                                                                         -   :   41

                                       Initials of Deputy Clerk   hc