UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MEDICAL RESOURCES CORPORATION,<br><br>             Plaintiff,<br><br>   v.<br><br>MEDTRONIC, INC.,<br><br>             Defendant. | Case No. 8:23-cv-00268-WLH-DFM<br><br>**ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER  [60]** |

On March 1, 2024, the Parties filed a Joint Stipulation to Amend Scheduling Order.

The Court, having considered the Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS that the Civil Pretrial Schedule and Trial Order (Docket No. 47) be amended as follows:

| Event | Deadline |
|---|---|
| Fact Discovery Cut-Off | June 14, 2024 |
| Initial Disclosure of Experts | July 19, 2024 |
| Rebuttal Disclosure of Experts | August 23, 2024 |
| Expert Discovery Cut-Off | September 23, 2024 |
| Last Date to Hear Motions | December 13, 2024 |
| Last Date to Hear *Daubert* Motions | December 13, 2024 |
| Deadline to Complete Settlement Conference | January 17, 2025 |
| Trial Filings (first round) | January 31, 2025 |
| Trial Filings (second round) | February 14, 2025 |
| Final Pretrial Conference | February 28, 2025 |
| Jury Trial | March 17, 2025 |

**IT IS SO ORDERED.**

Dated: 3/8/2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE