| | |
|---|---|
| 1 | Cleary Gottlieb Steen & Hamilton LLP |
| 2 | Leah Brannon (*pro hac vice*) |
|   | Alan B. Freedman (*pro hac vice*) |
| 3 | Carl Lawrence Malm (*pro hac vice*) |
|   | Rathna Ramamurthi (*pro hac vice*) |
| 4 | Julia L. Beggs (*pro hac vice*) |
|   | lbrannon@cgsh.com |
| 5 | afreedman@cgsh.com |
|   | lmalm@cgsh.com |
| 6 | rramamurthi@cgsh.com |
|   | jbeggs@cgsh.com |
| 7 | 2112 Pennsylvania Ave., NW |
|   | Washington, DC 20037 |
| 8 | Telephone: (202) 974-1500 x1638 |
|   | Facsimile: (202) 974-1999 |
| 9 | |
|   | Greenberg Traurig LLP |
| 10 | Robert J. Herrington (State Bar No. 234417) |
|    | Richard Tabura (State Bar No. 298677) |
| 11 | robert.herrington@gtlaw.com |
|    | richard.tabura@gtlaw.com |
| 12 | 1840 Century Park East, Suite 1900 |
|    | Los Angeles, CA 90067 |
| 13 | Telephone: (310) 586-7700 |
|    | Facsimile: (310) 586-7800 |
| 14 | *Attorneys for Defendant Medtronic, Inc.* |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MEDICAL RESOURCES CORPORATION, | Case No. 8:23-cv-00268-WLH-DFM |
| Plaintiff, | **NOTICE OF ATTORNEY NAME CHANGE** |
| v. | **HON. WESLEY L. HSU** |
| MEDTRONIC, INC., | |
| Defendant. | |

TO:  THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

1

PLEASE TAKE NOTICE that effectively immediately, Julia L. Gorman, counsel for defendant Medtronic, Inc., has changed her name to Julia L. Beggs. Her new email address is: jbeggs@cgsh.com.

Please amend your correspondence, pleadings, and proofs of service to reflect the changes.

Dated: April 19, 2024          CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ *Julia L. Beggs*
Leah Brannon (*pro hac vice*)
Alan B. Freedman (*pro hac vice*)
Carl Lawrence Malm (*pro hac vice*)
Rathna Ramamurthi (*pro hac vice*)
Julia L. Beggs (*pro hac vice*)
2112 Pennsylvania Ave., NW
Washington, DC 20037
*Attorneys for Defendant Medtronic, Inc.*