Name and address:

Robert Herrington (SBN 234417) Robert.Herrington@gtlaw.com
Richard Tabura (SBN 298677) Richard.Tabura@gtlaw.com
1840 Century Park East, Suite 1900, Los Angeles, CA 90067
Telephone: (310) 586-7700; Fax: (310) 586-7800

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MEDICAL RESOURCES CORPORATION, a CA Corporation,<br><br>                                  Plaintiff(s),<br><br>v.<br><br>MEDTRONIC, INC., a Minnesota Corporation,<br><br>                                  Defendant(s), | CASE NUMBER<br><br>8:23-cv-00268-WLH-DFM<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III.  Space to supplement responses is provided in Section IV.  The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application.  Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.**  (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status.  See L.R. 83-2.1.4.)  A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address.  L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Johnson, Mark L.
*Applicant's Name (Last Name, First Name & Middle Initial)*                            check here if federal government attorney ☐

Greene Espel PLLP
*Firm/Agency Name*

| 222 South Ninth Street, Suite 2200 | (612)373-8377 | (612)373-0929 |
|---|---|---|
| *Street Address* | *Telephone Number* | *Fax Number* |
| Minneapolis, MN, 55402 | | MJohnson@greeneespel.com |
| *City, State, Zip Code* | | *E-mail Address* |

**I have been retained to represent the following parties:**

| Medtronic, Inc. | ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ Other: _____ |
|---|---|
| | ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ Other: _____ |
| *Name(s) of Party(ies) Represented* | |

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership.  Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| District of Minnesota | 11/18/2005 | Yes |
| Northern District of Illinois | 12/5/2008 | Yes |
| US Court of Appeals for the Eighth Circuit | 04/12/2004 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

[ ]

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 5/15/2024

Mark Johnson
*Applicant's Name (please type or print)*

*[signature]*
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Tabura, Richard R.
*Designee's Name (Last Name, First Name & Middle Initial)*

Greenberg Traurig, LLP
*Firm/Agency Name*

1840 Century Park East, Suite 1900
*Street Address*

Los Angeles, CA 90067
*City, State, Zip Code*

(310)586-7700
*Telephone Number*

(310)586-7800
*Fax Number*

Richard.Tabura@gtlaw.com
*Email Address*

298677
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated 5/15/2024

Richard Tabura
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

US Court of Appeals for the Sixth Circuit (January 12, 2021)---ACTIVE
US Courts of Appeals for the Fifth Circuit (June 24, 2008)----ACTIVE
US Courts of Appeals for the Third Circuit (June 7, 2019)---- ACTIVE

State Courts
MN State Court (October 26, 2005)--ACTIVE
IL State Court (November 6, 2003)--ACTIVE

# ATTACHMENT

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

MARK LELAND JOHNSON

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 26, 2005

Given under my hand and seal of this court on

May 15, 2024

Emily J. Eschweiler, Director
Office of Lawyer Registration



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Chicago
5/14/2024

Re: Mark Leland Johnson
Attorney No. 6280294

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Mark Leland Johnson was admitted to practice law in Illinois on 11/6/2003; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____
Andrew Oliva
Registrar