UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MEDICAL RESOURCES CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MEDTRONIC, INC.,<br><br>　　　　　　　Defendant. | Case No. 8:23-cv-00268-WLH-DFM<br><br>**ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER [87]** |

　　　On June 14, 2024, the Parties filed a Joint Stipulation to Amend Scheduling Order. The Court, having considered the Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and **ORDERS** that the Civil Pretrial Schedule and Trial Order (ECF No. 47), as previously amended by the Order Granting Joint Stipulation to Amend Scheduling Order (ECF 61), be further amended as follows:

1\. Notwithstanding the close of fact discovery on June 14, 2024, and the provisions of Paragraph A(1)(a) of the Scheduling Order, Defendant Medtronic, Inc. shall have through June 28, 2024, to raise discovery disputes relating to documents produced by Applied Medical Resources Corporation on June 13, 2024.

**IT IS SO ORDERED.**

Dated: June 20, 2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE