UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MEDICAL RESOURCES CORPORATION,<br><br>               Plaintiff,<br><br>    v.<br><br>MEDTRONIC, INC.,<br><br>               Defendant. | Case No. 8:23-cv-00268-WLH-DFM<br><br>**ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER [127]** |

      On December 10, 2024, the Parties filed a Joint Stipulation to Amend Scheduling Order.

      The Court, having considered the Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS that the Civil Pretrial Schedule and Trial Order (ECF No. 47), as amended (ECF Nos. 61, 88, 103), be amended as follows:

//

//

//

//

-1-

| Event | Deadline |
|---|---|
| Summary Judgment: Opposing Party Exchange | January 10, 2025 |
| Deadline to File Joint Motion for Summary Judgment | January 17, 2025 |

**IT IS SO ORDERED.**

Dated: 12/12/24

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE