Cleary Gottlieb Steen & Hamilton LLP
Leah Brannon (*pro hac vice*)
Alan B. Freedman (*pro hac vice*)
Carl Lawrence Malm (*pro hac vice*)
lbrannon@cgsh.com
afreedman@cgsh.com
lmalm@cgsh.com
2112 Pennsylvania Ave., NW
Washington, DC 20037
Telephone: (202) 974-1500

Greene Espel, PLLP
Surya Saxena (*pro hac vice*)
ssaxena@greeneespel.com
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402-3362
Telephone: (612) 373-0830

Liang Ly LLP
Jason L. Liang (SBN 251235)
John K. Ly (SBN 247477)
jliang@lianglyllp.com
jly@lianglyllp.com
601 South Figueroa Street, Suite 1950
Los Angeles, CA 90017
Telephone: (213) 262-8000

*Attorneys for Defendant Medtronic, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MEDICAL RESOURCES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC.,<br><br>Defendant. | Case No. 8:23-cv-00268-WLH-DFM<br><br>**NOTICE OF LODGING RELATED TO FEB. 7, 2025 DAUBERT HEARING**<br><br>**HON. WESLEY L. HSU** |

1

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2 and the Court's order at the hearing of February 7, 2025, Medtronic will lodge with the Court via hard drive:

1. The deposition transcript of Jonathan Orszag, with highlighting of relevant text; and
2. The Northern District of California's Order of January 24, 2025 in *Klein v. Meta Platforms, Inc.*, No. 20-cv-08570, regarding Dr. Nicholas Economides and User Class Certification.

Dated: February 7, 2025

Respectfully submitted,

By: /s/ *Jason Liang*

Cleary Gottlieb Steen & Hamilton LLP
Leah Brannon (*pro hac vice*)
Alan B. Freedman (*pro hac vice*)
lbrannon@cgsh.com
afreedman@cgsh.com
2112 Pennsylvania Ave., NW
Washington, DC 20037
Telephone: (202) 974-1500

Greene Espel, PLLP
Surya Saxena (*pro hac vice*)
ssaxena@greeneespel.com
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402-3362
Telephone: (612) 373-0830

Liang Ly LLP
Jason L. Liang (SBN 251235)
John K. Ly (SBN 247477)
jliang@lianglyllp.com
jly@lianglyllp.com
601 South Figueroa Street, Suite 1950
Los Angeles, CA 90017
Telephone: (213) 262-8000

*Attorneys for Defendant Medtronic, Inc.*