Knobbe, Martens, Olson & Bear, LLP
Stephen C. Jensen (SBN 149894)
steve.jensen@knobbe.com
Stephen W. Larson (SBN 240844)
stephen.larson@knobbe.com
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404

*Attorneys for Plaintiff Applied Medical Resources Inc.*

Wilkinson Stekloff LLP
Brian L. Stekloff (*pro hac vice*)
Sarah Neuman (*pro hac vice*)
bstekloff@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
2001 M Street, NW
Washington, DC 20036
Telephone: (202) 847-4000

Cleary Gottlieb Steen & Hamilton LLP
Leah Brannon (*pro hac vice*)
Alan B. Freedman (*pro hac vice*)
lbrannon@cgsh.com
afreedman@cgsh.com
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1500

*Attorneys for Defendant Medtronic, Inc.*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MEDICAL RESOURCES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC.,<br><br>Defendant. | Case No. 8:23-cv-00268-WLH-DFM<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT**<br><br>HON. WESLEY L. HSU<br><br>DATE: MAY 16, 2025<br>TIME: 3:00 PM<br>CTRM: 9B |

In advance of the Final Pretrial Conference set for May 16, 2025, and following their participation in a mediation, the parties submit this Joint Status Report as directed by the Court.  The parties engaged in a private mediation before retired Judge Andrew J. Guilford on April 11, 2025 and were not able to reach a resolution.  The parties do not currently have plans to engage in further settlement discussions.

Dated: April 18, 2025                              Respectfully submitted,

By: /s/ *Stephen W. Larson*                    By: /s/ *Alan B. Freedman*

Knobbe, Martens, Olson & Bear, LLP
Stephen C. Jensen (SBN 149894)
steve.jensen@knobbe.com
Joseph R. Re (SBN 134479)
Joe.re@knobbe.com
Joseph F. Jennings (SBN 145920)
joe.jennings@knobbe.com
Stephen W. Larson (SBN 240844)
stephen.larson@knobbe.com
Cheryl T. Burgess (SBN 250101)
Cheryl.burgess@knobbe.com
2040 Main Street Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Adam B. Powell (SBN 272725)
adam.powell@knobbe.com
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Facsimile: (858) 707-4001

*Attorneys for Applied Medical*
*Resources Corp.*

Wilkinson Stekloff LLP
Brian L. Stekloff (*pro hac vice*)
Sarah Neuman (*pro hac vice*)
stekloff@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
2001 M Street, NW
Washington, DC 20036
Telephone: (202) 847-4000

Cleary Gottlieb Steen & Hamilton LLP
Leah Brannon (*pro hac vice*)
Alan B. Freedman (*pro hac vice*)
lbrannon@cgsh.com
afreedman@cgsh.com
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1500

Greene Espel PLLP
Surya Saxena (*pro hac vice*)
Jenny Gassman-Pines (*pro hac vice*)
ssaxena@greeneespel.com
jgasman-pines@greeneespel.com
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402-3362
Telephone: (612) 373-0830

Liang Ly LLP
Jason L. Liang (SBN 251235)
John K. Ly (SBN 247477)
jliang@lianglyllp.com
jly@lianglyllp.com
601 South Figueroa Street, Suite 1950
Los Angeles, CA 90017
Telephone: (213) 262-8000

*Attorneys for Medtronic, Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **FILER'S ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), the undersigned filer hereby attests that all of the other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: April 18, 2025                    By: _/s/ Alan B. Freedman_____