Stephen C. Jensen (SBN 149894)
steve.jensen@knobbe.com
Joseph R. Re (SBN 134479)
Joe.re@knobbe.com
Joseph F. Jennings (SBN 145920)
joe.jennings@knobbe.com
Stephen W. Larson (SBN 240844)
stephen.larson@knobbe.com
Cheryl T. Burgess (SBN 250101)
Cheryl.burgess@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Adam B. Powell (SBN 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Facsimile: (858) 707-4001

Attorneys for Plaintiff
APPLIED MEDICAL RESOURCES CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN DIVISION<br>APPLIED MEDICAL RESOURCES CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC., a Minnesota corporation,<br><br>Defendant. | Case No.<br>8:23-cv-00268-WLH-DFM<br><br>**PLAINTIFF APPLIED MEDICAL RESOURCES WITNESS LIST**<br><br>Final Pretrial Conf. May 16, 2025<br>Trial: June 2, 2025<br><br>Hon. Wesley L. Hsu |

Plaintiff Applied Medical Resources Corporation ("Applied Medical") provides this Witness List.

Applied Medical reserves the right to amend its list of witnesses as the parties continue pre-trial preparation and in view of events at trial or other developments, including evidentiary rulings or other rulings by the Court. Applied Medical also reserves the right not to call any particular witness (either live or by deposition) set forth in the list below, or to present by deposition a witness listed as live below. For witnesses identified as testifying by deposition, Applied Medical reserves the right to call such witness to testify live if such witness is made available to do so. The identification of a witness on this list is not an admission that the witness's testimony is admissible if called by Defendant Medtronic, Inc. ("Medtronic"). Applied Medical also reserves its right to object to any witness or testimony that is objectionable or inadmissible. The parties have previously provided the address, telephone number and/or contact information for each witness.

Applied Medical identifies the following Applied Medical fact witnesses and experts that it intends to call live. *Indicates that witness will be called only if the need arises.

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Said Hilal, CEO, Applied Medical | Applied Medical's history, business, and efforts to compete | 1.5 | N/A | |
| Gary Johnson, Group President of Advanced Energy, Applied Medical | Applied Medical's products, technology, and efforts to compete | 4 | N/A | |
| Brian Carpenter, VP of Corporate Accounts, Applied Medical | Applied Medical's efforts to compete, including for particular hospitals | 2 | N/A | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Tim McLaughlin, Vice President of Field Implementation, Applied Medical | Applied Medical's efforts to compete, including for particular hospitals | 2 | N/A | |
| Michelle Weaver, Director of GPO Relations, Applied Medical | Applied Medical's interactions with group purchasing organizations and efforts to compete for particular hospitals | 1 | N/A | |
| Chris Popma, VP for Market Implementation and Support, Applied Medical | Applied Medical's business and experience in Europe | 3 | N/A | |
| Jonathan Orszag, Expert Witness | Expert analysis of antitrust liability and damages | 5 | N/A | |
| *Susan Ahlberg, President of Global Distribution Operations, Applied Medical | Applied Medical's customer and order management | TBD | N/A | |
| *Matt Burnett, Senior Director – Applied Learning, Applied Medical | Applied Medical training documents | TBD | N/A | |
| *Patrick Elliott, GM of Technology Development, Applied Medical | Applied Medical's technology, including Voyant product development | TBD | N/A | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| *Dennis Grosshans, GM of US Field Implementation Team, Applied Medical | Applied Medical's efforts to compete for particular hospitals and interactions with group purchasing organizations | TBD | N/A | |
| *Joost Heijmans, Vice President, Field Implementation Europe, Applied Medical | Applied Medical's contracting in Europe | TBD | N/A | |
| *Molly Lehman, former Vice President, Strategic Initiatives, Applied Medical | Applied Medical's interactions with group purchasing organizations | TBD | N/A | |
| *Fahim Nassery (Director of Clinical Development), Applied Medical | Applied Medical's products and clinical development | TBD | N/A | |
| *Amanda Packard, Vice President, Distribution Operations, Applied Medical | Applied Medical's pricing, field operations, and distribution | TBD | N/A | |
| *Matt Petrime, Group Vice President, Global Education, Applied Medical | Applied Medical contracting practices | TBD | N/A | |
| *Samer Tall, Vice President for Contracts and Customer Relations, Applied Medical | Applied Medical contracting practices | TBD | N/A | |

Applied Medical identifies the following Medtronic witnesses that Applied Medical intends to examine live during Medtronic's case-in-chief, with the understanding that Applied Medical may keep its case-in-chief open and will have a full opportunity to question the below witnesses about all topics when Medtronic calls the witness, without regard to the scope of the initial direct examination. Applied Medical reserves the right to call the below witnesses live or by deposition, including issuing trial subpoenas if Medtronic declines to call such witness live or refuses to agree that Applied Medical may examine the witnesses outside the scope of direct.

| Witness's Name, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Matt Anderson, President of the Surgical Operating Unit, Medtronic | Medtronic's history, business, and competition | 0.50 | TBD | |
| Charles Favilla, Regional Vice President-Northeast, Medtronic | Medtronic's sales practices, including at particular hospitals | 1.0 | TBD | |
| John Hendershot, Vice President of U.S. Sales and Marketing, Medtronic | Medtronic's marketing practices | 0.75 | TBD | |
| Michael McDaniel, Director of Enterprise Accounts, Medtronic | Medtronic's sales practices, including at particular hospitals | 0.75 | TBD | |

| Witness's Name, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Ricky Murphy, Senior Manager-Strategy Group, Medtronic | Medtronic's sales strategies | 0.50 | TBD | |
| Greg Shipman, Director of the Advanced Surgical Technologies Competitive Strategy Team, Medtronic | Medtronic's competition strategies | 0.50 | TBD | |
| Barbara Tyrrell, Senior Director of Clinical Engineering and Design Validation, Medtronic | Medtronic product testing | 0.50 | TBD | |

Applied Medical further identifies the following Medtronic or third-party witnesses that Applied Medical may call by deposition only in lieu of live testimony. Applied Medical reserves the right to call these witnesses live if the parties do not agree to waive the unavailability requirements of Rule 32.

| Witness's Name, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Dr. Jaime Cepeda, Bariatric Medical Director, Surgeon in Bariatrics, Bon Secours Hospital, St. Luke's Hospital | Physician preferences for advanced bipolar devices | 0.25 | N/A | |

| Witness's Name, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Dr. Grover May, Physician in Obstetrics and Gynecology, Franklin Woods Community Hospital, Johnson City Medical Center, Indian Path Community Hospital, Holston Valley Medical Center, Sycamore Shoals Hospital | Physician preferences for advanced bipolar devices | 0.25 | N/A | |
| Dr. Brooke Naffziger, Physician in Obstetrics and Gynecology, Carolina Women's Physicians-Lexington Medical Center | Physician preferences for advanced bipolar devices | 0.25 | N/A | |
| Lauryl Boyum, Former Senior Director of U.S. Marketing, Medtronic | Medtronic's marketing practices; the markets in which Medtronic competes; Medtronic's market intelligence | 0.25 | N/A | |
| Ryan Corley, Regional Vice President of Sales for the Midwest, Medtronic | Medtronic's business strategies, including certain documents evidencing those strategies; certain Medtronic contracts | 0.50 | N/A | |

| Witness's Name, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Kevin Dixon, Former Senior Director-Strategic Sourcing Group, Medtronic | Medtronic's business strategies, including certain documents evidencing those strategies; the markets in which Medtronic competes; Medtronic's market intelligence; certain Medtronic contracts. | 0.25 | N/A | |
| Greg Goodall, Senior Director of Enterprise Accounts, Medtronic | Medtronic's business strategies, including certain documents evidencing those strategies; certain Medtronic contracts. | 0.50 | N/A | |
| Brian Holmes, Vice President of Enterprise Accounts, Medtronic | Medtronic's business strategies, including certain documents evidencing those strategies; certain Medtronic contracts | 0.25 | N/A | |
| James Hudson, Former Vice President of Sales-GYN and OR Safety, Medtronic | Medtronic's business strategies, including certain documents evidencing those strategies. | 0.50 | N/A | |
| Barry Kaup, Director of Upstream Marketing for Advanced Energy Portfolio, Medtronic | Medtronic's sales and contracting practices in Europe | 0.50 | N/A | |

| Witness's Name, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Michael LaCasse, United States Vice President of Specialty Channels, Medtronic | Medtronic's business strategies, including certain documents evidencing those strategies. | 0.25 | N/A | |
| Stephen McGovern, Former Regional Vice President of Sales-Midwest, Medtronic | Medtronic's business strategies, including certain documents evidencing those strategies; the markets in which Medtronic competes and Medtronic's position in those markets | 0.50 | N/A | |
| Terry Menebroker, Manager of the Contract Development Team, Medtronic | Medtronic's business strategies, including certain documents evidencing those strategies. | 0.25 | N/A | |
| Jamie Montgomery, Senior Director of Commercial Contracting-Special Channels Group, Medtronic | Medtronic's business strategies, including certain documents evidencing those strategies; the markets in which Medtronic competes and Medtronic's position in those markets. | 0.50 | N/A | |
| Brandon Price, Senior Managing Director, Enterprise Accounts, Medtronic | Medtronic's business strategies, including certain documents evidencing those strategies. | 0.25 | N/A | |

| Witness's Name, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Christopher Rainieri, Senior Program Director-Advanced Energy, Medtronic | Medtronic's products and product development. | 0.25 | N/A | |
| Rayne Robertson, Former Product Director, Medtronic | Medtronic's business strategies, including certain documents evidencing those strategies; the markets in which Medtronic competes and Medtronic's position in those markets. | 0.75 | N/A | |

Applied Medical further reserves the right to amend its list pending the parties' pre-trial discussions and Medtronic's final witness list. In addition to the witnesses identified above, Applied Medical reserves the right to call anyone appearing on Medtronic's Witness List.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 18, 2025        By: /s/ Cheryl T. Burgess
                              Stephen C. Jensen
                              Joseph R. Re
                              Joseph F. Jennings
                              Stephen W. Larson
                              Cheryl T. Burgess
                              Adam B. Powell

                              Attorneys for Plaintiff
                              APPLIED MEDICAL RESOURCES
                              CORPORATION