Wilkinson Stekloff LLP
Brian L. Stekloff (*pro hac vice*)
Sarah Neuman (*pro hac vice*)
bstekloff@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
2001 M Street, NW
Washington, DC 20036
Telephone: (202) 847-4000

Cleary Gottlieb Steen & Hamilton LLP
Leah Brannon (*pro hac vice*)
Alan B. Freedman (*pro hac vice*)
lbrannon@cgsh.com
afreedman@cgsh.com
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1500

*Attorneys for Defendant Medtronic, Inc.*

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MEDICAL RESOURCES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC.,<br><br>Defendant. | Case No. 8:23-cv-00268-WLH-DFM<br><br>**MEDTRONIC INC.'S AMENDED WITNESS LIST**<br><br>HON. WESLEY L. HSU<br><br>PRETRIAL CONFERENCE: DEC. 19, 2025<br>TIME: 3:00 PM<br>CTRM: 9B |

Pursuant to the Court's September 4, 2025 Order Re Trial Schedule (ECF No. 258), Federal Rule of Civil Procedure 26(a)(3)(A), Local Rule 16-5, and the Court's Standing Orders, Defendant Medtronic, Inc. ("Medtronic") respectfully

1  submits the following amended witness list indicating the witnesses Medtronic
2  expects to call at trial or may call if the need arises, either live or by deposition.

3         This list is based on the information currently available.  Witnesses are
4  listed in alphabetical order, not necessarily the order in which they may be called to
5  testify.  Medtronic reserves all rights associated with this witness list, including but
6  not limited to the right to add or remove witnesses at any time, the right to call any
7  witnesses identified by Plaintiff Applied Medical Resources Corp. ("Applied"), the
8  right to call a witness in a different format than what is listed, and the right not to
9  call or present testimony from any witness.

10        Medtronic further reserves the right to play the video deposition testimony
11 of any witness listed as a live witness should that witness ultimately be unable to
12 testify live, or for any witness listed to be called "Live or By Deposition."  The
13 below list also does not necessarily include all witnesses that Medtronic may call at
14 trial for impeachment purposes only.  Witness testimony descriptions and time
15 estimations represent Medtronic's best information and estimates at this time, and
16 Medtronic reserves the right to amend this information for any reason, including
17 based on developments at trial or rulings of the Court.  A witness's inclusion on this
18 list does not alter their availability under Federal Rule of Civil Procedure 32 or 45
19 or Federal Rule of Evidence 804(a).

| Witness's Name, Title, Affiliation | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| **Will Call List** | | | | |
| **Matt Anderson** Senior Vice President and President of Surgical, Medtronic | Medtronic anticipates Mr. Anderson will testify on the following subjects: his background and experience at Medtronic; strategy for and development of LigaSure and other Medtronic products; innovation of LigaSure; competitors of advanced bipolar devices; competition with Johnson & Johnson, Intuitive, Applied, reprocessors, and others; differences between advanced bipolar devices and trocars; comparison of medical device sales in the U.S. and Europe; Medtronic's overall sales, pricing, and contracting strategies for LigaSure; hospital and surgeon preference for LigaSure; the benefits of bundling and discounts for hospitals, doctors, and patients. Format: Live or By Deposition | 1.0 | | |

| Witness's Name, Title, Affiliation | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| **Dr. Lindsay Grier Arthur**<br><br>Pediatric Surgeon, St. Luke's University Hospital | Medtronic anticipates Dr. Arthur will testify on the following subjects: his background; how vessel sealing devices are used in surgeries; differences between advanced bipolar devices and trocars; his and his colleagues' (a) experience using vessel sealing devices; and (b) preference for LigaSure over Voyant and other devices.<br><br>Format: Live Remote or By Deposition | .5 | | |

| Witness's Name, Title, Affiliation | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| **Michelle Clatterbuck**<br><br>Director of Contracting, Sentara Health | Medtronic anticipates Ms. Clatterbuck will testify on the following subjects: her background and experience at Sentara Health; contracting in the medical device industry; the benefits of group purchasing organizations (GPOs) and other similar organizations that negotiate on behalf of groups of hospitals; the benefits of bundled discounts and other contracting provisions used by Medtronic; her experience negotiating and working with Medtronic and Applied.<br><br>Format: By Deposition | .5 | | |

| Witness's Name, Title, Affiliation | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| **Patrick Elliott**<br><br>General Manager of Technology & Development, Applied | Medtronic anticipates Mr. Elliott will testify on the following subjects: Applied's product development efforts; feedback from customers regarding Voyant's clinical performance; clinical indications for Voyant and competing products; how Voyant compares to competitor products; Applied's business strategy regarding Voyant.<br><br>Format: By Deposition | .75 | | |
| **Charles Favilla**<br><br>Regional Vice President, Northeast, Medtronic | Medtronic anticipates Mr. Favilla will testify on the following subjects: his background and experience at Medtronic; his experience selling LigaSure to hospitals; customer preferences for vessel sealing devices, including LigaSure and Voyant; customer requests for and the benefits of bundled discounts and other contracting terms; competition with Johnson & Johnson, Intuitive, Applied, reprocessors, and others.<br><br>Format: By Deposition | .5 | | |

| Witness's Name, Title, Affiliation | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| **Dennis Grosshans**<br><br>General Manager of U.S. Field Implementation Team, Applied | Medtronic anticipates Mr. Grosshans will testify on the following subjects: Voyant's competitive standing; Applied's sales, pricing, distribution, and bidding strategies and practices; features of Applied's contracts with hospitals and GPOs; customer feedback regarding Voyant; products that compete with Voyant; how Voyant compares to other products in Applied's portfolio.<br><br>Format: Live or By Deposition | 1.0 | | |

| Witness's Name, Title, Affiliation | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| **John Hendershot**<br><br>Former Vice President of U.S. Surgical Sales & Marketing, Medtronic | Medtronic anticipates Mr. Hendershot will testify on the following subjects: his background and experience at Medtronic; strategy for and development of LigaSure and other Medtronic products; competitors of advanced bipolar devices; competition with Johnson & Johnson, Intuitive, Applied, reprocessors, and others; differences between advanced bipolar devices and trocars; Medtronic's overall sales, pricing, and contracting strategies for LigaSure; hospital and surgeon preference for LigaSure; the benefits of bundling and discounts for hospitals, doctors, and patients.<br><br>Format: Live or By Deposition | .75 | | |

| Witness's Name, Title, Affiliation | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| **Brian Holmes**<br><br>Former Vice President, U.S. Enterprise Accounts, Medtronic | Medtronic anticipates Mr. Holmes will testify on the following subjects: his background and experience at Medtronic; Medtronic's and its competitors' growth, sales, pricing, and contracting strategies; Medtronic's relationships with GPOs, IDNs, hospitals, and other customers; Medtronic's competitors; hospital and surgeon preference for LigaSure; the benefits of bundling and discounts for hospitals, doctors, and patients.<br><br>Format: Live or By Deposition | .5 | | |

| Witness's Name, Title, Affiliation | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| **Peggy Kaufman**<br>Vice President of Sourcing Operations, Vizient | Medtronic anticipates Ms. Kaufman will testify on the following topics: her background and experience at Vizient; Vizient's contracting practices with suppliers; Vizient's process for soliciting, reviewing, and awarding contracts; the benefits of GPOs for hospitals; Vizient's experience negotiating with suppliers, including Applied.<br><br>Format: By Deposition | .5 | | |
| **Dr. Brock King**<br>Surgeon, Conway Regional Medical Center | Medtronic anticipates Dr. King will testify on the following subjects: his background; how vessel sealing devices are used in surgeries; his and his colleagues' (a) experience using vessel sealing devices; and (b) preference for LigaSure over Voyant and other devices.<br><br>Format: By Deposition | .5 | | |

| Witness's Name, Title, Affiliation | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| **Molly Lehman**<br><br>Vice President of Strategic Initiatives, Applied | Medtronic anticipates Ms. Lehman will testify on the following subjects: Applied's sales, pricing, and bidding strategies and practices; features of Applied's contracts with hospitals and GPOs; Applied's contracting negotiations with customers, including GPOs; Applied's negotiations with Vizient in 2022; customer feedback regarding Voyant; products that compete with Voyant.<br><br>Format: By Deposition | .5 | | |
| **Michael McDaniel**<br><br>Director of Enterprise Accounts, Medtronic | Medtronic anticipates Mr. McDaniel will testify on the following subjects: his background and experience at Medtronic; Medtronic's sales, pricing, and contracting strategies and practices; his experience negotiating contracts with GPOs; competition among medical device suppliers; customers preference for LigaSure and other Medtronic products.<br><br>Format: Live or By Deposition | .75 | | |

| Witness's Name, Title, Affiliation | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| **Dr. Kevin Murphy** <br><br> Medtronic's expert economist | Medtronic anticipates Dr. Murphy will testify to the opinions contained in his expert report, including: competition in the medical device industry; whether Applied has established a relevant antitrust market; contracting practices in the medical devices industry; the competitive effects of such contracting practices, including but not limited to bundled discounts; Applied's alleged antitrust injury and damages; and his responses to Applied's expert Mr. Orszag's opinions.  Additionally, to the extent Mr. Orszag offers testimony related to his out-of-time supplemental report served on April 10, 2025, Dr. Murphy will respond to those opinions. <br><br> Format: Live | 2.0 | | |

| Witness's Name, Title, Affiliation | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| **Ricky Murphy**<br>Director of Strategy, Medtronic | Medtronic anticipates Mr. Murphy will testify on the following subjects: his background and experience at Medtronic; strategy for and development of LigaSure and other Medtronic products; innovation of LigaSure; products that compete with LigaSure; competition with Johnson & Johnson, Intuitive, Applied, reprocessors, and others; differences between advanced bipolar devices and trocars; comparison of medical device sales in the U.S. and Europe; hospital and surgeon preference for LigaSure.<br><br>Format: Live or By Deposition | .75 | | |

| Witness's Name, Title, Affiliation | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| **Fahim Nassery**<br>Director of Clinical Development, Applied | Medtronic anticipates Mr. Nassery will testify on the following subjects: clinical research and testing results concerning Voyant; clinical indications for Voyant and competing products; customer feedback regarding Voyant; clinical development of Voyant; development of marketing materials; how Voyant compares to competitor products and other products in Applied's portfolio; Applied's business strategy regarding Voyant.<br><br>Format: Live or By Deposition | 1.0 | | |

| Witness's Name, Title, Affiliation | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| **Dr. Tim Snail**<br><br>Medtronic's expert economist | Medtronic anticipates Dr. Snail will testify to the opinions contained in his expert report, including: whether Applied has established that its damages were caused by the challenged conduct; the validity and reliability of Mr. Orszag's competitive benchmarks and damages calculations, including the flaws therein; and his responses to Applied's expert Mr. Orszag's opinions.<br><br>Format: Live | 1.0 | | |
| **Samer Tall**<br><br>Vice President of Contracting and Consumer Relations, Applied | Medtronic anticipates Mr. Tall will testify on the following subjects: products that compete with Voyant; Applied's contracting strategies, practices, and negotiations with customers; Applied's negotiations with GPOs; Applied's sales, distribution, and pricing for Voyant.<br><br>Format: By Deposition | .5 | | |

| Witness's Name, Title, Affiliation | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| **Barbara Tyrrell**<br><br>Senior Director, Clinical Engineering & Design Validation, Medtronic | Medtronic anticipates Ms. Tyrrell will testify on the following subjects: her background and experience at Medtronic; development of LigaSure and other Medtronic products; innovation of LigaSure; the functionality of vessel sealing devices; device metrics of performance; competitive testing of LigaSure; and surgeon preference for LigaSure.<br><br>Format: Live or By Deposition | 1.0 | | |
| **May Call List** | | | | |
| **Susan Ahlberg**<br><br>President of Global Distribution Operations, Applied | Medtronic anticipates Ms. Ahlberg may testify about Applied's business operations involving pricing, sales, and distribution of Voyant and other Applied products.<br><br>Format: By Deposition | .25 | | |
| **Matt Burnett**<br><br>Senior Director of Applied Learning, Applied | Medtronic anticipates Mr. Burnett may testify about Voyant's competitors.<br><br>Format: By Deposition | .05 | | |

| Witness's Name, Title, Affiliation | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| **Brian Carpenter** <br><br> Vice President of Corporate Accounts, Applied | Medtronic anticipates Mr. Carpenter may testify on the following subjects: Applied's sales, pricing, and distribution strategies and practices; features of Applied's contracts with hospitals and/or GPOs; customers' experience with and feedback regarding Voyant; products that compete with Voyant; how Voyant compares to other products in Applied's portfolio. <br><br> Format: Live* | 1.0 | | |
| **Joost Heijmans** <br><br> European Vice President of Field Implementation, Applied | Medtronic anticipates Mr. Heijmans may testify about Voyant sales, pricing, and competition in Europe; how the system for purchasing medical devices differs between the United States and Europe; and Applied's sales strategy in Europe. <br><br> Format: By Deposition | .5 | | |

| Witness's Name, Title, Affiliation | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| **Said Hilal** CEO, Applied | Medtronic anticipates Mr. Hilal may testify on the following subjects: Applied's competitive strategies; Applied's sales and contracting strategies and practices; how Voyant compares to other products in Applied's portfolio; products that compete with Voyant; features of Applied's contracts with hospitals and GPOs; customer feedback regarding Voyant; customers' negotiations and contracting strategies.<br><br>Format: Live* | .5 | | |

| Witness's Name, Title, Affiliation | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| **Gary Johnson** President, Surgical Group, Applied | Medtronic anticipates Mr. Johnson may testify on the following subjects: Applied's competitive strategies; Applied's sales and contracting strategies and practices; how Voyant compares to other products in Applied's portfolio; products that compete with Voyant; features of Applied's contracts with hospitals and GPOs; customer feedback regarding Voyant; customers' negotiations and contracting strategies.  Format: Live* | 1.0 | | |

| Witness's Name, Title, Affiliation | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| **Barry Kaup**<br><br>Director of Upstream Marketing for Advanced Energy, Medtronic | Medtronic anticipates Mr. Kaup may testify on the following subjects: his background and experience at Medtronic; strategy for and development of LigaSure and other Medtronic products; innovation of LigaSure; competitors of advanced bipolar devices; Medtronic's overall sales, pricing, and contracting strategies for LigaSure; hospital and surgeon preference for LigaSure; the benefits of bundling and discounts for hospitals, doctors, and patients; comparison of medical device sales in the U.S. and Europe.<br><br>Format: By Deposition | .5 | | |

| Witness's Name, Title, Affiliation | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| **Tim McLaughlin**<br><br>Vice President of Sales, Applied | Medtronic anticipates Mr. McLaughlin may testify on the following subjects: Applied's sales, pricing, and distribution strategies and practices; features of Applied's contracts with hospitals and/or GPOs; customers' experience with and feedback regarding Voyant; products that compete with Voyant; how Voyant compares to other products in Applied's portfolio.<br><br>Format: Live* | .75 | | |
| **Amanda Packard**<br><br>Vice President of Distribution Operations, Applied | Medtronic anticipates Ms. Packard may testify on the following subjects: Applied's sales, pricing, and distribution strategies and practices; features of Applied's contracts with hospitals and/or GPOs; customers' experience with and feedback regarding Voyant; products that compete with Voyant.<br><br>Format: By Deposition | .5 | | |

| Witness's Name, Title, Affiliation | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| **Matt Petrime**<br><br>Group Vice President, Applied | Medtronic anticipates Mr. Petrime may testify on the following subjects: Applied's sales, pricing, and distribution strategies and practices; features of Applied's contracts with hospitals and/or GPOs; customers' experience with and feedback regarding Voyant; products that compete with Voyant.<br><br>Format: By Deposition | .25 | | |
| **Chris Popma**<br><br>Vice President of Europe Commercial Operations, Applied | Medtronic anticipates Mr. Popma may testify on the following topics: Applied's sales, pricing, and distribution strategies and practices in Europe; Voyant's European market share; comparison between medical device sales in the U.S. and Europe, including with regard to tenders and bundling; customers' experience with and feedback regarding Voyant; products that compete with Voyant.<br><br>Format: Live* | .5 | | |

| Witness's Name, Title, Affiliation | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| **Christopher Rainieri**<br><br>Senior R&D Director for Energy and OR Safety, Medtronic | Medtronic anticipates Mr. Rainieri will testify on the following subjects: his background and experience at Medtronic; the development of LigaSure and other Medtronic products; product development, innovation, and clinical performance of LigaSure; and competition between advanced bipolar devices, ultrasonics, and other vessel sealing devices.<br><br>Format: By Deposition | .5 | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Witness's Name, Title, Affiliation | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| **Greg Shipman** <br> Director of Advanced Surgical Technologies, Medtronic | Medtronic anticipates Mr. Shipman will testify on the following subjects: his background and experience at Medtronic; strategy for an development of LigaSure and other Medtronic products; innovation of LigaSure; competitors of advanced bipolar devices; competition with Johnson & Johnson, Intuitive, Applied, reprocessors, and others; Medtronic's overall sales and contracting strategy for LigaSure; competitors' overall sales and contracting strategies; hospital and surgeon preference for LigaSure. <br><br> Format: Live or By Deposition | .75 | | |

| Witness's Name, Title, Affiliation | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| **Michelle Weaver**<br><br>Director of GPO Relations, Applied | Medtronic anticipates Ms. Weaver may testify on the following topics: Applied's sales, pricing, and bidding strategies and practices; features of Applied's contracts with hospitals and GPOs; Applied's contracting negotiations with customers, including GPOs; Applied's negotiations with Vizient in 2022; customer feedback regarding Voyant; products that compete with Voyant.<br><br>Format: Live* | .5 | | |

\* Witness included as "will call live" on Applied's amended witness list. Medtronic reserves the right to issue a trial subpoena or call this witness by deposition designation if Applied does not call them to testify live.

Dated: September 15, 2025

Respectfully submitted,

By: /s/ *Brian L. Stekloff*

Wilkinson Stekloff LLP
Brian L. Stekloff (*pro hac vice*)
Sarah Neuman (*pro hac vice*)
bstekloff@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
2001 M Street, NW
Washington, DC 20036
Telephone: (202) 847-4000

Cleary Gottlieb Steen & Hamilton LLP
Leah Brannon (*pro hac vice*)
Alan B. Freedman (*pro hac vice*)
lbrannon@cgsh.com
afreedman@cgsh.com
2112 Pennsylvania Avenue, NW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Washington, DC 20037
Telephone: (202) 974-1500

Greene Espel PLLP
Surya Saxena (*pro hac vice*)
Jenny Gassman-Pines (*pro hac vice*)
ssaxena@greeneespel.com
jgasman-pines@greeneespel.com
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402-3362
Telephone: (612) 373-0830

Liang Ly LLP
Jason L. Liang (SBN 251235)
John K. Ly (SBN 247477)
jliang@lianglyllp.com
jly@lianglyllp.com
601 South Figueroa Street, Suite 1950
Los Angeles, CA 90017
Telephone: (213) 262-8000

*Attorneys for Defendant Medtronic, Inc.*