Brian L. Stekloff (*pro hac vice*)
Sarah Neuman (*pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street, NW
10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bstekloff@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com

Keri Arnold (*pro hac vice*)
Wilkinson Stekloff LLP
130 W 42nd Street, 24th Floor
New York, NY 10036
Telephone: (212) 294-8910
karnold@wilkinsonstekloff.com

Leah Brannon (*pro hac vice*)
Alan B. Freedman (*pro hac vice*)
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1500
lbrannon@cgsh.com
afreedman@cgsh.com

Attorneys for Defendant
MEDTRONIC, INC.

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLIED MEDICAL RESOURCES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC.,<br><br>Defendant. | Case No. 8:23-cv-00268-WLH-DFM<br><br>**NOTICE OF LODGING OF MEDTRONIC'S DRAFT JURY INSTRUCTIONS**<br><br>**HON. WESLEY L. HSU** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2 and the Court's request at the hearing of October 31, 2025, Medtronic has lodged with the Court via email Medtronic's draft jury instructions previously served to Applied on October 14, 2025.

Dated: October 31, 2025                    Respectfully submitted,

By: /s/ *Brian L. Stekloff*

Wilkinson Stekloff LLP
Brian L. Stekloff (*pro hac vice*)
Keri Arnold (*pro hac vice*)
Sarah Neuman (*pro hac vice*)
Alysha Bohanon (*pro hac vice*)

Cleary Gottlieb Steen & Hamilton LLP
Leah Brannon (*pro hac vice*)
Alan B. Freedman (*pro hac vice*)

Liang Ly LLP
Jason L. Liang
John K. Ly

Attorneys for Defendant
MEDTRONIC, INC.