UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:23-cv-00268-WLH-DFMx | Date | December 19, 2025 |
| Title | Applied Medical Resources Corporation v. Medtronic, Inc. | | |
| Present: The Honorable | WESLEY L. HSU, United States District Judge | | |

| Holidae Crawford | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Cheryl T Burgess<br>Joseph R. Re<br>Stephen W. Larson<br>Adam Powell<br>Kendall Marie Loebbaka | Alan Benjamin Freedman<br>Brian L. Stekloff<br>Jason L. Liang<br>Julia L. Gorman<br>Leah O. Brannon<br>Sarah E Neuman<br>Keri Arnold<br>Alysha L. Bohanon |

**PROCEEDINGS:**     **PRETRIAL CONFERENCE;**

**PLAINTIFF'S MOTION IN LIMINE NOS. 1 [207]**

**MOTION TO QUASH DEFENDANT MEDTRONIC'S TRIAL SUBPOENA OF DENNIS GROSSHANS [279];**

**DEFENDANTS' MOTION IN LIMINE NOS. 1-5 [209-213];**

**DEFENDANT'S MOTION PURSUANT TO FRCP 43(A) TO PERMIT REMOTE TESTIMONY VIA VIDEO CONFERENCING [283]**

The final pretrial conference, exhibit conference and motion hearing are held. The Court confirms the trial date of January 20, 2025, at 9:00 a.m.

The schedule for trial is discussed. The normal schedule will be from 8:00 a.m. to 2:00 p.m., excluding Friday due to civil and criminal motions in other matters. These times may also be changed based on the status of the availability of a particular witness, the availability of one or more jurors, and the amount of time needed to complete the examination of a particular witness or other trial proceeding. The precise times for each trial day will be determined at the conclusion of the prior one. The trial estimate is 10 days.

Following the statement of tentative views on the Motions in Limine, and presentations by counsel, the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

following rulings are made for the reasons stated on the record:

**PLAINTIFF'S MOTIONS IN LIMINE #1**

Motion In Limine #1 [207] – Granted.

Motion In Limine #2 [207] – Denied without prejudice.

**DEFENDANTS' MOTIONS IN LIMINE NOS. 1-5**

Motion In Limine #1 [209] – Granted in part.

Motion In Limine #2 [210] – Granted in part.

Motion In Limine #3 [211] – Granted in part.

Motion In Limine #4 [212] – Granted.

Motion In Limine #5 [213] – Granted in part.

**PLAINTIFF'S MOTION TO QUASH DEFENDANT MEDTRONIC'S TRIAL SUBPOENA OF DENNIS GROSSHANS**

The Court will post a final order on Plaintiff's Motion to Quash in the coming days.

**DEFENDANT'S MOTION PURSUANT TO FRCP 43(A) TO PERMIT REMOTE TESTIMONY VIA VIDEO CONFERENCING**

The Court **DENIES** the Motion but notes its willingness to accommodate Dr. Arthur by allowing her to testify first thing in the morning on January 26 or February 2.

**JURY INSTRUCTIONS**

The Court will provide preliminary guidance on the parties' jury instruction disputes in the coming days. Thereafter, the Court **ORDERS** the parties to meet and confer further to narrow the disputes. If the parties need assistance from the Court, they are to email the clerk at the chambers email to set up a status conference.

**VERDICT FORM**

The Court is inclined to use Plaintiff's verdict form with the expectation that the jury instructions provide the necessary detail to guide jury deliberations. The parties shall file an amended joint verdict form no later than January 16, 2026.

**WITNESS TESTIMONY OF/WITNESSESS**

The parties have submitted separate witness lists. The parties will have twenty-four (24) hours each to present their case, including opening and closing arguments, and direct and cross examination. Should

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

the parties amend their witness lists, they must file the applicable version no later than January 16, 2026.

Medtronic is further **ORDERED** to produce relevant deposition designations to Applied no later than December 31, 2025.

**EXHIBITS**

The parties have submitted a joint exhibit list to the Court. (Dkt. No. 224). The parties are **ORDERED** to meet and confer further to narrow the exhibit list as needed. The amended version shall be filed no later than January 16, 2026.

Exhibits used by the parties in opening arguments must be exchanged by 12:00 p.m. the day before the arguments. Opening argument slides are to be exchanged no later than 6:00 p.m. that same day.

**VOIR DIRE**

The parties are **ORDERED** to file amended, joint voir dire questions of no more than 25 questions no later than January 16, 2026.

**JOINT STATEMENT OF THE CASE**

The Court adopts Medtronic's statement of the case.

**MISCELLANEOUS**

Any amendments to the foregoing documents must be filed no later than January 16, 2026, unless otherwise stated.

|  | 2 | : | 02 |
|---|---|---|---|
| Initials of Deputy Clerk | hc | | |