UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:23-cv-00268-WLH-DFM | Date | January 13, 2026 |
| Title | Applied Medical Resources Corporation v. Medtronic, Inc. | | |

Present: The Honorable **WESLEY L. HSU, United States District Judge**

| Lesbith Castillo | Miranda Algorri |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Cheryl T. Burgess | Brian L. Stekloff |
| Joseph R. Re | Keri Arnold |
| Stephen W. Larson | Alysha L. Bohanon |
| Nicholas Matthew Zovko | Sarah E. Neuman |

**Proceedings:** TRIAL READINESS CONFERENCE (VIA ZOOM)

The trial readiness conference is held via Zoom. Counsel, the Court, and court staff all appear in that manner. Pursuant to Local Rule 83-6.6, any recording of the proceedings is strictly prohibited. The Court confers with counsel regarding trial. No later than Thursday afternoon (1/15/26) parties are to exchange counters to affirmative testimony. Trial documents should be submitted by Friday, January 16th at 3:00 p.m.

 

1 : 01

Initials of Deputy Clerk   LCA