UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 8:23-cv-00268-WLH-DFM |
| Title: | Applied Medical Resources Corporation v. Medtronic, Inc. |
| Date | February 5, 2026 |

Present: The Honorable **WESLEY L. HSU, UNITED STATES DISTRICT JUDGE**

| Lesbith Castillo | Amy Diaz |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Joseph R. Re; Stephen Larson; Adam Powell; Cheryl T. Burgess; Kendall Loebbaka | Brian L. Stekloff; Keri Arnold; Leah Brannon; Sarah Neuman; Alysha Bohanon |

___ Day Court Trial      10th Day Jury Trial

___ One day trial:   ___ Begun (1st day);   ___ Held & Continued;   **X** Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by _____
___ Witnesses called, sworn and testified.   ___ Exhibits Identified   ___ Exhibits admitted.
___ Plaintiff(s) rest.   ___ Defendant(s) rest.
✓ Closing arguments made by   ___ plaintiff(s)   ✓ defendant(s).   ___ Court instructs jury.
✓ Bailiff(s) sworn.   ✓ Jury retires to deliberate.   ___ Jury resumes deliberations.
✓ Jury Verdict in favor of   ✓ plaintiff(s)   ___ defendant(s) is read and filed.
✓ Jury polled.   ___ Polling waived.
✓ Filed Witness & Exhibit Lists   ✓ Filed jury notes.   ✓ Filed jury instructions.
___ Judgment by Court for   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   Briefs to be filed by _____
___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.
___ Settlement reached and placed on the record.
✓ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
✓ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
___ Case continued to _____ for further trial/further jury deliberation.
___ Other:

                                                                        2 : 55
                                          Initials of Deputy Clerk    lca

cc: