FILED
CLERK, U.S. DISTRICT COURT
2/5/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: lca DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MEDICAL RESOURCES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC.,<br><br>Defendant. | Case No. 8:23-cv-00268-WLH-DFM<br><br>**VERDICT FORM** |

**Instructions:** When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Jury Instructions for the law applicable to each question.

We, the jury, unanimously find as follows:

## I. Market Definition

1. Did Applied prove that there is a properly defined antitrust market (a "relevant market") in the United States?

   Yes ✓ No____

*If you answered "Yes," go to the next question. If you answered "No," do not answer any further questions. Proceed to the last page to sign and date the form.*

2. What do you find is the relevant market as proven by Applied? *Choose one of the following: (1) advanced bipolar devices ("ABDs"); (2) ABDS and robotics; (3) ABDs and ultrasonic devices; or (4) ABDs, ultrasonics, and robotics.*

   1

## II. Monopolization (Sherman Act, Section 2)

3. Did Applied prove, according to each of the elements listed in Instruction 34 of the jury instructions, that Medtronic unlawfully monopolized the relevant antitrust market in violation of Section 2 of the Sherman Act?

   Yes ✓ No____

## III. Attempted Monopolization (Sherman Act, Section 2)

4. Did Applied prove, according to each of the elements listed in Instruction 43 of the jury instructions, that Medtronic unlawfully attempted to monopolize the relevant antitrust market in violation of Section 2 of the Sherman Act?

   Yes ✓ No____

**IV. Unreasonable Restraint of Trade (Sherman Act, Section 1)**

5. Did Applied prove, according to each of the elements listed in Instruction 47 of the jury instructions, that Medtronic violated Section 1 of the Sherman Act?

Yes ✓ No____

**V. Unlawful Exclusive Dealing (Clayton Act, Section 3)**

6. Did Applied prove, according to each of the elements listed in Instruction 48 of the jury instructions, that Medtronic violated Section 3 of the Clayton Act?

Yes ✓ No____

**VI. California Cartwright Act**

7. Did Applied prove, according to each of the elements listed in Instruction 49 of the jury instructions, that Medtronic violated the California Cartwright Act?

Yes ✓ No____

*If you answered "Yes" to any of Questions 3, 4, 5, 6, or 7, go to the next question. Otherwise, do not answer any further questions and proceed to signing and dating the form.*

**VII. Damages**

8. What amount of damages did Applied prove by a preponderance of the evidence?

$ 381,705,605.00

**When you have completed filling out this form, please have the jury foreperson sign below.**

[redacted]

Foreperson

2/5/26

Date