

Wilkinson Stekloff LLP
Brian L. Stekloff (*pro hac vice*)
Sarah Neuman (*pro hac vice*)
Alysha Bohanon (*pro hac vice*)
bstekloff@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
abohanon@wilkinsonstekloff.com
2001 M Street, NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000

Wilkinson Stekloff LLP
Keri Arnold (*pro hac vice*)
karnold@wilkinsonstekloff.com
130 W 42nd Street, 24th Floor
New York, NY 10036
Telephone: (212) 294-8910

Cleary Gottlieb Steen & Hamilton LLP
Leah Brannon (*pro hac vice*)
Alan B. Freedman (*pro hac vice*)
lbrannon@cgsh.com
afreedman@cgsh.com
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1500

*Attorneys for Defendant Medtronic, Inc.*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLIED MEDICAL RESOURCES CORPORATION,<br>Plaintiff,<br>v.<br>MEDTRONIC, INC.,<br>Defendant. | Case No. 8:23-cv-00268-WLH-DFM<br>**MEDTRONIC'S NOTICE OF FILING TRIAL DEMONSTRATIVES**<br>HON. WESLEY L. HSU |

Defendant Medtronic, Inc. hereby files the following trial demonstratives shown in Court during trial in this action:

- Exhibit 1: DDX-1, Demonstratives Shown During Medtronic's Opening Statement
- Exhibit 2: DDX-2, Demonstrative Shown During Medtronic's Examination of Gary Johnson
- Exhibit 3: DDX-8, Demonstratives Shown During Medtronic's Examination of Dr. Kevin Murphy
- Exhibit 4: DDX-9, Demonstratives Shown During Medtronic's Closing Argument

Dated: February 12, 2026

Respectfully submitted,

By: */s/ Brian L. Stekloff*

Wilkinson Stekloff LLP
Brian L. Stekloff (*pro hac vice*)
Sarah Neuman (*pro hac vice*)
Alysha Bohanon (*pro hac vice*)
bstekloff@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
abohanon@wilkinsonstekloff.com
2001 M Street, NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000

Wilkinson Stekloff LLP
Keri Arnold (*pro hac vice*)
karnold@wilkinsonstekloff.com
130 W 42nd Street, 24th Floor
New York, NY 10036
Telephone: (212) 294-8910

Cleary Gottlieb Steen & Hamilton LLP
Leah Brannon (*pro hac vice*)
Alan B. Freedman (*pro hac vice*)
lbrannon@cgsh.com
afreedman@cgsh.com
2112 Pennsylvania Ave., NW
Washington, DC 20037
Telephone: (202) 974-1500

Liang Ly LLP
Jason L. Liang (SBN 251235)

John K. Ly (SBN 247477)
jliang@lianglyllp.com
601 South Figueroa Street, Suite 1950
Los Angeles, CA 90017
Telephone: (213) 262-8000
Facsimile: (213) 335-7776

*Attorneys for Defendant Medtronic, Inc.*