Stephen C. Jensen (SBN 149894)
steve.jensen@knobbe.com
Joseph R. Re (SBN 134479)
joe.re@knobbe.com
Joseph F. Jennings (SBN 145920)
Joe.jennings@knobbe.com
Stephen W. Larson (SBN 240844)
stephen.larson@knobbe.com
Cheryl T. Burgess (SBN 250101)
cheryl.burgess@knobbe.com
Kendall M. Loebbaka (SBN 285908)
kendall.loebbaka@knobbe.com
Nicholas M. Zovko (SBN 238248)
nicholas.zovko@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Adam B. Powell (SBN 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Facsimile: (858) 707-4001

Attorneys for Plaintiff,
APPLIED MEDICAL RESOURCES CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| APPLIED MEDICAL RESOURCES CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC., a Minnesota corporation,<br><br>Defendant. | Case No. 8:23-cv-00268-WLH-DFM<br><br>**APPLIED MEDICAL'S NOTICE OF FILING TRIAL DEMONSTRATIVES**<br><br>Hon. Wesley S. Hsu |

Plaintiff Applied Medical Resources Corporation ("Applied Medical") hereby files the following trial demonstratives shown in Court during trial in this action:

- **Exhibit A**: PDX1, Demonstratives Shown During Applied Medical's Opening Statement;
- **Exhibit B**: PDX4, Demonstratives Shown During Applied Medical's Examination of Jonathan Orszag;
- **Exhibit C**: PDX7, Demonstratives Shown During Applied Medical's Closing Argument; and
- **Exhibit D**: PDX8, Demonstratives Shown During Applied Medical's Rebuttal Closing Argument.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: February 17, 2026          By: */s/ Nicholas M. Zovko*
                                                    Joseph R. Re
                                                    Stephen C. Jensen
                                                    Joseph F. Jennings
                                                    Stephen W. Larson
                                                    Cheryl T. Burgess
                                                    Adam B. Powell
                                                    Kendall M. Loebbaka
                                                    Nicholas M. Zovko

Attorneys for Plaintiff,
APPLIED MEDICAL RESOURCES CORPORATION