# EXHIBIT A



# Opening Statement

## Applied Medical Resources Corp. v. Medtronic Inc.

United States District Court, Central District of California
Case No. 8:23-cv-00268

PDX1.1

# Antitrust Laws

The purpose of the Sherman Act and the Clayton Act is to preserve ==free and unfettered competition== in the marketplace. The Sherman Act and Clayton Act rests on the central premise that ==competition produces== the best allocation of our economic resources, the ==lowest prices==, the ==highest quality==, and the greatest material progress.



PDX1.3

# Applied's Founder



## Said Hilal

PDX1.4



## Mr. Hilal Wanted to Address Skyrocketing Healthcare Costs

- Bankrupting families

- Preventing access to care

- **NOT** sustainable

PDX1.5

# 1987: Applied's Vision

Innovation makes other products better **AND** lowers prices.

Why not medical devices?



PDX1.6

**Applied's Business Model:**

**"Vertical Integration"**



PDX1.7

# There are four key strategic initiatives for Applied Medical's continued growth





— JTX-57 at 9

PDX1.8

- Highly efficient company (80% gross margin)
- R&D is a major focus for Applied Medical (14% - 20% of annual revenues are re-invested in R&D)
- Focus is on entering large markets where they can sell a low-cost value proposition

- Quickly iterates on existing products based on clinical information gathered from early adopters



- Consistent focus on reducing manufacturing costs with vertically integrated manufacturing strategy

— JTX-57 at 43

PDX1.9

# Applied's President of Advanced Energy



**Gary Johnson**

PDX1.10

# Applied's Trocars





# Applied Medical is focused on "cracking the bundle"

## CASE STUDY: US TROCAR AVERAGE SELLING PRICES



Source: IMS Health Incorporate and internal estimates

PDX1.12

# 2015: Applied Launches Its Advanced Bipolar Device (ABD)



**Voyant**

PDX1.13

# Voyant in Use with Trocar



PDX1.14

# 2015: Medtronic Acquires Covidien



Ligasure

PDX1.15

# Medtronic's Witnesses By Deposition











PDX1.16

# Covidien Document: Early 2015



— JTX-94 at 6 and 42

PDX1.17

# Medtronic Document: March 2015

## Applied Medical's Impact On The A&I Market

Applied Medical's Impact On The A&I

U.S. Market Share (units)

- +$430MM Market
- Applied Is Now The
  - Disruptive value p
    of our average co
  - Products include t
  - Growth fueled by
    non-full line supp

- COV (price) and JNJ (reprocessing) have regained s
  *footprint to include instruments and ligation.*
- *COV has drastically reduced trocar ASP's* to com
  *increased contract rigor and compliance.*

We Can Not Allow Energy Market To Be The Next Win For Applied

- Applied Is Now The Market Leader: 30% Share

  - Disruptive value prop that carries 20-30% savings vs. that of our average contract price.

  - Products include trocars and hand instruments.

  - Growth fueled by GPO "carve-out" language that protect non-full line suppliers.

— JTX-91 at 69

PDX1.18

# Medtronic Document: March 2015

- **_COV has drastically reduced trocar ASP's_** to compete with Applied as well as **_increased contract rigor and compliance._**

## We Can Not Allow Energy Market To Be The Next Win For Applied



Applied Medical's Impact On The A&I Market

- +$430MM Market
- Applied Is Now The Market Leader: 30% Share
  - Disruptive value prop that carries 20-30% savings vs. that of our average contract price.
  - Products include trocars and hand instruments.
  - Growth fueled by GPO "carve-out" language that protect non-full line suppliers.
- COV (price) and JNJ (reprocessing) have regained share. _Applied has grown footprint to include instruments and ligation._
- _COV has drastically reduced trocar ASP's_ to compete with Applied as well as _increased contract rigor and compliance._

We Can Not Allow Energy Market To Be The Next Win For Applied

— JTX-91 at 69

PDX1.19

# Medtronic Document: September 2015



PDX1.20

# Medtronic Document:  November 2015

MDT's energy business faces new competition and meaningful share loss if proactive measures are not taken



## Voyant is a credible treat

- MDT tissue tests indicate Voyant sealing is competitive with Ligasure

- Applied is investing in a more sophisticated energy sales force

— JTX-58 at 3

PDX1.21

# Medtronic Document: November 2015

| Broad Mitigant | Key Questions |
|---|---|
| Aggressive contracting w/ Applied accounts (US) | • Is there a strong business case for more aggressive contracting than current programs (e.g., Project Listerine)?<br>    – Can we offer deeper value to accounts already on our list for aggressive contracting? If so, how?<br>    – Should we broaden the list for aggressive contracting? If so, why? |

— JTX-58 at 7

PDX1.22

# Medtronic Document:  May 2017

## PLAYBOOK INITIATIVE
### FOCUSED EXECUTION - MITIGATE COMPETITIVE THREATS

Calls to Action:

MegaCon and Voyant

- If accounts begin competitive trials, communicate violation of our pricing agreements and be prepared to take them to access/list tier

**PLAYBOOK INITIATIVE**
FOCUSED EXECUTION

Calls to Action:

MegaCon and Voyant
- Utilize projected on
- Conduct business
- If accounts begin
  take them to acce
- Share intel with marketing regarding competitive pricing, messaging, and targeting

Reprocessing: Protect and expand our Energy platform through Collections Program
- Present Collections Program to 2 customers; roll out Q1
- FT10 Placements / Accelerate Triad removal from market
- Own the Next Gen Ligasure messaging – more than just no-stick coating
- Ligasure portfolio diversification at the account level.

— JTX-139 at 11

PDX1.23



PDX1.24

# Applied Document: October-November 2017

During the trail there were:

- 61 Oncology Surgeons that trial Voyant
- Surgeon specialties included; GYN Oncology, Cardio Thoracic, ENT, General Oncology, Colon & Rectal, Urology, Hepatopancreatobiliary, Plastics and pediatric oncology
- 108 patient procedures performed using Voyant

The results were as follows:

- 100% of the surgeons found the Voyant technology to be a "viable" product
- 0 failed seals
- 44 of the 61 (2/3) surgeons found the Voyant to be a replacement to the LigaSure

— JTX-642

PDX1.25

# Medtronic Document: December 2017

**New York, NY** – **@Malallai Elyasi** and **@Larry Fauquier** of the New York City Uptown Team, secured a huge WIN with our advanced energy business at Memorial Sloan Cancer Center. They had undergone the largest scale Applied Voyant trial in the country to date.

**Applied Medical - Voyant Tactic:** Applied had a footprint with their trocar product line at this facility. They came to them to be a potential flagship account for their Voyant energy platform, stating a 50% line item savings to MSKCC for a full conversion. They flooded the account with generators and sales representatives for over 6 weeks during the evaluation period. During this time they were very strategic is allowing surgeons to cherry pick which cases they would like to trial the product.

JTX 330.0001

— JTX-330 at 1-2

PDX1.26

# Medtronic Document: December 2017

**Medtronic Team Strategy:** We were notified a few months in advance of the impending trial from Applied and knew that in order for this trial to stick, they needed 100% commitment to convert from the surgeons. Mal and Larry capitalized strongly on this time and spent countless hours discussing the clinical differences in our product lines with their key surgeons in every specialty. They continued to plant the seed of doubt in the past launch attempts by Applied and discussed the value proposition we put in place to stay with a product they know and trust. Additionally, with a large amount of head and neck procedures performed, they introduced the Exact, demonstrating where we will be advancing our already superior technology. Our value proposition leveraged all of the Medtronic portfolio, allowing MSK to see savings across the board to help close the gap in the savings Applied had offered.

— JTX-330 at 2

PDX1.27

# Medtronic Document: December 2017

@Donna Doria Amazing win and so inspiring. You and your team utilized all of the components of our value and safety strategic offerings to negate any objection from this institution and <mark>make it impossible for Applied to close the deal.</mark> Applied decided to go big with this effort and it failed. We need to proactively be looking for their next move, which may be their previous tactic, go to the lower visibility institutions to rebuild and learn how to gain surgeon support with this product. Thank you for your work and for sharing!

Original post

Donna Doria

Edited by Martin Dalton Saturday, December 16, 2017 11:55 AM

NEW YORK TEAM KNOCKS APPLIED VOYANT OUT OF MSK!

New York, NY – @Maurizio Elyasi and @Larry Fanquian of the New York City Uptown Team, assisted a huge WIN with our advanced energy business at Memorial Sloan Cancer Center. They had undergone the largest scale Applied Voyant trial in the country to date.

Account Name: Memorial Sloan Kettering Cancer Center, GPO Voyant

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS EYES ONLY

EXHIBIT

Applied v. Medtronic
JTX 330
Case No. 8:23-cv-00268-WLH

MEDTR-COCA-00481158

JTX 330.0001

— JTX-330 at 1

PDX1.28

# Medtronic Documents: 2017 – Present



**Memorial Sloan Kettering Cancer Center**



Our value proposition leveraged the entire Medtronic portfolio, allowing accounts to see savings across the franchises to help close the gap in the savings Applied had offered. Additionally, our superior clinical benefits, particularly those around hemostasis and thermal profile compared to Voyant, proved to be the confidence surgeons relied on, and were unwilling to compromise for a less expensive device.

— JTX-329

Our value proposition leveraged the entire Medtronic portfolio, allowing accounts to see savings across the franchises to help close the gap in the savings Applied had offered. Additionally, our superior clinical benefits, particularly those around hemostasis and thermal profile compared to Voyant, proved to be the confidence surgeons relied on, and were unwilling to compromise for a less expensive device.

— JTX-328

Our value proposition leveraged the entire Medtronic portfolio, allowing accounts to see savings across the franchises to help close the gap in the savings Applied had offered. Additionally, our superior clinical benefits, particularly those around hemostasis and thermal profile compared to Voyant, proved to be the confidence surgeons relied on, and were unwilling to compromise for a less expensive device.

— JTX-327

PDX1.29

# Applied's Field Team Leaders









**Michelle Weaver**　　**Brian Carpenter**　　**Tim McLaughlin**　　**Dennis Grosshans**

PDX1.30

# Medtronic Document: June 2018



**Final Thoughts:**

- Stay focused and be intentional about your customer interactions and sales presentations
- Identify "conversion" opportunities and look to accelerate the process
- Sell Everything, look to monopolize Energy, Endo, ES, Hernia, Legacy GSP, and yes EVEN Suture
- Have FUN – This is the BEST time to be part of Advanced Surgical

Great message Michael and couldn't come at a better time.

JTX 295

Applied v. Medtronic

— JTX-295 at 1, 3

PDX1.31

# Medtronic Document: August 2018

Lastly, rumors stipulate Ethicon will be expanding their portfolio in the coming months which would provide them with the portfolio breadth we currently maintain a monopoly on.



— JTX-324 at 4

PDX1.32

# Medtronic Document: August 2018



I'm concerned about every member having the ability to choose conmed or megadyne for Es and enseal or applied for vessel sealing and harmonic for ultrasonic (ultrasonic is the least concern). I believe breaking it up exposes us on Es and ligasure and allows any member to evaluate those categories independently.



— JTX-507 at 1

PDX1.33

# Medtronic Document: August 2018

trend towards the $600K target - $150K per quarter.) Setting proper expectations, **if MSK threatens to trial Applied again,** we default to their current Exact pricing.

I am ok with that process and pricing.

Kevin

From: Robertson, Rayne
Sent: Wednesday, August 29, 2018 10:51 AM
To: Doria, Donna <donna.doria@medtronic.com>
Cc: Favilla, Charles <charles.j.favilla@medtronic.com>; Geary, Chelsea <chelsea.a.geary@medtronic.com>; Dixon, Kevin <kevin.dixon@medtronic.com>; Mcvitty, James <james.c.mcvitty@medtronic.com>
Subject: MSK LF2019 Pricing

Donna,

Per our previous discussion, would MSK be amenable to evaluation pricing of 5505 each (LF2019) for 30 days, and then going to that price point (5505 each) if they can maintain 5600K annually (or the current annual LF1212A unit equivalent) between the LF1212A and LF2019? (This would need to be assessed by quarterly business reviews and MSK's trend towards the $600K target - $150K per quarter.) Setting proper expectations, if MSK threatens to trial Applied again, we default to their current Exact pricing.

Regards,

**Rayne Robertson**

**Medtronic**

LET'S TAKE HEALTHCARE
**FURTHER, TOGETHER**

Applied v. Medtronic
JTX 341

HLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY          MEDTR-CDCA-31314005

— JTX-341 at 1

PDX1.34

# Medtronic Documents: 2020-2022

"In recent years, Ethicon's Enseal and Harmonic products, as well as Applied Medical's Voyant, have improved their performance such that they are comparable to MDT's offerings"

```
> -----Original Message-----
> From: Fountain, Carlton <carlton.p.fountain@medtronic.com>
> Sent: Tuesday, September 8, 2020 8:26 AM
> To: Robertson, Rayne <rayne.robertson@medtronic.com>
> Cc: Crawford, Scott <scott.a.crawford@medtronic.com>; Townsend, Stacy <stacy.d.townsend@medtronic.com>
> Subject: New Voyant
>
> Watched first case with new Voyant (with the updated algorithm).   Only observed one, but It was
definitely faster, dry and no sticking. We had better Watch out 😬
```

— JTX-9 at 17; JTX-344

PDX1.35

# Medtronic Document: February 2022



## Advanced Energy
PROTECTING THE BUSINESS

## Creative Contracting Strategy

- Leverage other Medtronic COTs

- Consider LNA agreement

    - Bundle COTs (Energy, Endo, Hernia, etc)

— JTX-336 at 10

PDX1.36

# Applied's Vice President (Europe)



## Chris Popma

PDX1.37

# **Applied's European vs. American Market Share**



# Jonathan M. Orszag – Economics Expert





**M.S., Economics and Social History**
University of Oxford



**A.B. Economics**
Princeton University



**Ass't to Secretary, Director of Office of Policy and Strategic Planning**
U.S. Department of Commerce

PDX1.39

# Orszag's Analysis – Examples

| Exemplary Hospital | Applied Would Have to Pay Hospital (per ABD) |
|---|---|
| UC Irvine Medical Center | – $1,883 |
| UC Davis | – $1,542 |
| Central Maine | – $1,559 |
| University of Chicago | – $5,494 |
| **Memorial Sloan Kettering (MSK)** | **– $1,013** |
| Northwell Health | – $1,978 |
| University of Pittsburgh Medical Center | – $6,307 |

PDX1.40

# Orszag's Analysis – Medtronic's Contracts



**GPO Tiers and
LNA Contracts**

- Last **3+ years** and renewed and layered

- **80-90%** purchase commitments across **bundle**

- Pricing penalties on **all products** and other barriers prevent easy termination and switching

- Effectively **prevents purchases from rivals**

PDX1.41

# Applied's Monopolization Claim

The evidence will show:

1. Medtronic has monopoly power; and

2. Medtronic conduct was anticompetitive

PDX1.42

# Orszag's Analysis



**ABD Market Share (2024)**

PDX1.43

# Medtronic's Conduct



**Bundling**



**Contracts**

PDX1.44

# Two Real-World "Benchmarks"



**Jonathan M. Orszag**
Independent Expert



**Trocars Benchmark**



**European Benchmark**

PDX1.45

# Damages From Medtronic's Conduct

# $275 million – $381 million




PDX1.46



## Applied's Mission to Fix Healthcare

- Bankrupting families

- Preventing access to care

- **NOT** sustainable

