# EXHIBIT B

# Direct Examination of Jonathan Orszag

*Applied Medical Resources Corporation v. Medtronic, Inc.*,
January 28, 2026

*United States District Court, Central District of California,
Case No. 8:23-cv-00268*

PDX4.1

# Summary of Opinions

**1** | Medtronic has monopoly power in the relevant market for advanced bipolar devices ("ABDs") sold in the US.

**2** | Standard economic tests and other evidence show that Medtronic blocked/foreclosed Applied from significant sales.

**3** | Medtronic's conduct deprived Applied of cost savings, resulting in higher market prices, reduced innovation, and deprived customers of choice.

**4** | The anticompetitive effects are not outweighed by other offsetting factors.

PDX4.2

# Summary of Damages Opinions

| European Benchmark | Trocars Benchmark |
|---|---|
| $275,066,664 | $381,705,005 |

## DAMAGES ARE $275 MILLION TO $381 MILLION

PDX4.3

# Criteria to Evaluate Contracting Practices

**AN ECONOMIC PERSPECTIVE ON THE ANTITRUST CASE AGAINST INTEL**

**ROBERT D. WILLIG**
**JONATHAN M. ORSZAG**
**GILAD LEVIN**

**COMPASS LEXECON**

COMMISSIONED BY THE COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION
OCTOBER 2009

**1** Does the defendant have significant market power in the relevant market?

**2** Would an equally efficient competitor have to charge a price below marginal cost to win business?

**3** What portion of the relevant market is available to an equally efficient competitor?

**4** Does the conduct diminish an equally efficient competitor's ability to compete?

**5** Does the alleged conduct result in higher prices, lower quality, or reduced choice?

**6** Are there any pro-competitive results of the conduct that would offset any anticompetitive effects?

PDX4.4

# Criteria to Evaluate Contracting Practices

**1** Does the defendant have significant market power in the relevant market?

**2** Would an equally efficient competitor have to charge a price below marginal cost to win business?

**3** What portion of the relevant market is available to an equally efficient competitor?

**4** Does the conduct diminish an equally efficient competitor's ability to compete?

**5** Does the alleged conduct result in higher prices, lower quality, or reduced choice?

**6** Are there any pro-competitive results of the conduct that would offset any anticompetitive effects?

PDX4.5

# 2024: Medtronic Sold More than 70% of ABDs



ABD Market Share (2024)

OLYMPUS CORP. **2.5%**

OTHER **2.4%**

APPLIED MEDICAL **3.1%**

MEDLINE INDUSTRIES **4.7%**

JOHNSON & JOHNSON **13.8%**

MEDTRONIC **73.5%**

PDX4.6

# Medtronic's ABD Market Share Has Been Persistently High



PDX4.7

# Medtronic Document: Examples of ABD Market Share Estimates



**Market Overview**

**RF Vessel Sealing**

- FY20 Market Size **$ 1.5B**
- 5 YR Market CAGR **6.7%**
- 5 YR Unit CAGR **7.7%**
- 5 YR ASP CAGR **-0.9%**

Other 3%
Reprocessing 2%
J&J 12%
**MDT 83%**

✓ Medtronic continues to drive **85% U.S. market share for Vessel Sealing products** with our LigaSure™ technology*

**Focus Area #2: LigaSure™ Defense and Creative Contracting**
- Maintain 81% market share in US RF vessel sealing market by end of FY22
- Achieve AOP attainment of $616M by end of FY22

# Handheld and Robotic Advanced Bipolar Devices
## (Hernia Procedures)



PDX4.9

# Medtronic Document:
## ABD and Ultrasonic Markets "Moving in Different Directions"

November 22, 2023
Email from L. Boyum to S. Teoh, K. Datoush,
G. Bridgewater, T. Pinsince



**From:** Boyum, Lauryl [lauryl.boyum@medtronic.com]

**Sent:** 11/22/2023 4:43:44 PM

**To:** Teoh, Szelin [szelin.teoh@medtronic.com]; Datoush, Kyle [kyle.datoush@medtronic.com]

**CC:** Bridgewater, Grant [grant.bridgewater@medtronic.com]; Pinsince, Tarah [tarah.pinsince@medtronic.com]

**Subject:** Re: FY25 Product Hierarchy

Hi Kyle – for context, we have to manually back out Ultrasonic revenue from the total Vessel Sealing forecast every time. When we do side by side comparisons with market growth data, it's always convoluted because the two markets are moving in different directions. This will enable more efficient conversations and side by side comparisons that we do several times a month.

Many thanks for your help Sze!

Warm regards,
Lauryl
**Lauryl (Fowler) Boyum**
Sr. Director | Marketing
Mobile 415.517.3064
*First consider the patient and the rest will follow.*



EXHIBIT
Boyum
230

# Medtronic Document:
# Competition Defensive and Offensive Workshops

February 2023

Medtronic: Competitive Defense Update



Many are aware of the Proactive Competitive Defense (PCD) Workshops we've built which focus on defending our market leading positions

We also have an offensive-minded Workshop called Accelerator which is one we can deploy when we are not the market leader or want to create a new market

PCD and Accelerator follow the same structure

Marketing and Sales help identify reps whose accounts are most under threat or have greatest opportunity

Strongly prefer to do these in-person:

Hands-on with products

Knowledge sharing amongst reps in and outside of the workshop

# LigaSure's Profit Margins Have Been Persistently High



PDX4.12

# Criteria to Evaluate Contracting Practices

**1** Does the defendant have significant market power in the relevant market?

**2** Would an equally efficient competitor have to charge a price below marginal cost to win business?

**3** What portion of the relevant market is available to an equally efficient competitor?

**4** Does the conduct diminish an equally efficient competitor's ability to compete?

**5** Does the alleged conduct result in higher prices, lower quality, or reduced choice?

**6** Are there any pro-competitive results of the conduct that would offset any anticompetitive effects?

PDX4.13

# Example of Analyzing Prices and Costs: One Product



\* Average Variable Costs

# Example of Analyzing Prices and Costs: One Product



* Average Variable Costs

PDX4.15

# Example of Analyzing Prices and Costs: Multi-Product Bundling



* Average Variable Costs

PDX4.16

# Example of Analyzing Prices and Costs: Multi-Product Bundling



* Average Variable Costs

PDX4.17

# Example of Analyzing Prices and Costs: Multi-Product Bundling



* Average Variable Costs

PDX4.18

# Group Purchasing Agreement: Premier and Medtronic

May 29, 2024
Premier Healthcare Alliance, L.P.
Group Purchasing Agreement



**Tier 1**
**Access Tier**

**Tier 2**
**≥80%**
**Participation**
**in smoke**
**evacuation**
**product**
**purchases**
**(measured in**
**dollars, on an**
**annualized**
**basis) will only**
**be the Seller**
**Smoke**
**Evacuation**
**Products**

**Tier 6:**
**≥90%** Participation in electrosurgery product purchases (measured in dollars, on an annualized basis) will only be Seller's **Electrosurgery Products,** AND **≥90%** Participation in **Smoke Evacuation Product** purchases (measured in dollars, on an annualized basis) will only be the Seller **Smoke Evacuation Products,** AND **≥90%** Participation in vessel sealing product purchases (measured in dollars, on an annualized basis) will only be Seller's **Vessel Sealing Products,** AND **≥60%** Participation in ultrasonic cutting product purchases (measured in dollars, on an annualized basis) will only be Seller's **Ultrasonic Cutting Products**

**Tier 7:**
**≥90%** Participation in electrosurgery product purchases (measured in dollars, on an annualized basis) will only be Seller's **Electrosurgery Products,** AND **≥90%** Participation in **Smoke Evacuation Product** purchases (measured in dollars, on an annualized basis) will only be the Seller **Smoke Evacuation Products, AND ≥90%** Participation in vessel sealing product purchases (measured in dollars, on an annualized basis) will only be Seller's **Vessel Sealing Products, AND ≥80%** Participation in ultrasonic cutting product purchases (measured in dollars, on an annualized basis) will only be Seller's **Ultrasonic Cutting Products, AND** commits to purchase from Seller at an annualized rate of **≥$3,000,000** in Seller's **Surgical Energy Products Net Purchases**

PDX4.19

# Locally Negotiated Agreement: University of Chicago & Medtronic

February 21, 2023
Locally Negotiated Agreement



**LOCALLY NEGOTIATED AGREEMENT**

This Locally Negotiated Agreement ("Agreement") is entered into by and between Covidien Sales LLC, a Medtronic company, at 60 Middletown Avenue, North Haven, CT 06473 ("Seller" or "Medtronic"), and University of Chicago Medical Center, at 5835 South Cottage Grove Avenue, Chicago, IL 60637 ("Customer"). The term "Customer" as used herein includes Customer's Participating Facilities (as defined below).

1. **Definitions** As used in this Agreement, the following terms shall have the meanings specified below:

   a. **"Product Categories"** means the product categories listed on below, as applicable which list may be updated from time to time.

      (i) **"Endomechanical Products"** means the endomechanical products listed on Exhibit A.

      (ii) **"Trocar Products"** means the trocar products listed on Exhibit A.

      (iii) **"Vessel Sealing Products"** means the vessel sealing products listed on Exhibit A.

      (iv) **"Ultrasonic Cutting Products"** means the ultrasonic cutting products listed on Exhibit A.

      (v) **"Electrosurgery Products"** means the electrosurgery products listed on Exhibit A.

      (vi) **"Synthetic Mesh Products"** means the synthetic mesh products listed on Exhibit A.

      (vii) **"Hernia Mechanical Products"** means the hernia mechanical products listed on Exhibit A.

   b. **"Products"** means the Endomechanical Products, Trocar Products, Vessel Sealing Products, Ultrasonic Cutting Products, Electrosurgery Products, Synthetic Mesh Products, and Hernia Mechanical Products, collectively listed on Exhibit A.

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY          MEDTR-CDCA-000002842

# Locally Negotiated Agreement: University of Chicago & Medtronic

February 21, 2023
Locally Negotiated Agreement



## 2. Commitments

At least (i) <mark>ninety percent (90%) of Customer's endomechanical product purchases</mark> (measured in the aggregate across all Customer facilities, in dollars, on an annualized basis) will be Seller's Endomechanical Products, and (ii) <mark>seventy-five percent (75%) of Customer's trocar product purchases</mark> (measured in the aggregate across all Customer facilities, in dollars, on an annualized basis) will be Seller's Trocar Products, and (iii) <mark>ninety percent (90%) of Customer's vessel sealing product purchases</mark> (measured in the aggregate across all Customer facilities, in dollars, on an annualized basis) will be Seller's Vessel Sealing Products, and (iv) <mark>seventy-five percent (75%) of Customer's ultrasonic cutting</mark> product purchases (measured in the aggregate across all Customer facilities, in dollars, on an annualized basis) will be Seller's Ultrasonic Cutting Products, and (v) <mark>ninety percent (90%) of Customer's electrosurgery product purchases</mark> (measured in the aggregate across all Customer facilities, in dollars, on an annualized basis) will be Seller's Electrosurgery Products, and (vi) <mark>eighty percent (80%) of Customer's synthetic mesh product purchases</mark> (measured in the aggregate across all Customer facilities, in dollars, on an annualized basis) will be Seller's Synthetic Mesh Products, and (vii) <mark>eighty percent (80%) of Customer's hernia mechanical product purchases</mark> (measured in the aggregate across all Customer facilities, in dollars, on an annualized basis) will be Seller's Hernia Mechanical Products. The "endomechanical product purchases" "trocar product purchases", "vessel

# Medtronic Document: Memorial Sloan Kettering

December 18, 2017
Email from R. Stroud to R. Robertson



**Rhonda Stroud**

@Donna Doria Amazing win and so inspiring. You and your team utilized all of the components of our value and safety strategic offerings to negate any objection from this institution and make it impossible for Applied to close the deal. Applied decided to go big with this effort and it failed. We need to proactively be looking for their next move, which may be their previous tactic, go to the lower visibility institutions to rebuild and learn how to gain surgeon support with this product. Thank you for your work and for sharing!

make it impossible for Applied to close the deal.

PDX4.22

# Medtronic Made it "Impossible" for Applied to Compete at Memorial Sloan Kettering (MSK)



*Applied Would Have Had to Pay MSK at least $853 per ABD to Win the Business at MSK*

PDX4.23

# Applied Had No Chance to Win Business At Many Hospitals

| Hospital | Maximum Price that Applied* Can Charge | "Impossible" for Applied to Compete? |
|---|---|---|
| Baylor Scott & White | -$1,565 | ✖ |
| Central Maine | -$1,370 | ✖ |
| Cleveland Clinic | $425 | |
| Dartmouth | -$414 | ✖ |
| Mass General Brigham | $302 | |
| Mt Sinai | -$1,674 | ✖ |
| New York Presbyterian | $384 | |
| Northwell Health | $279 | |
| NYU | -$1,340 | ✖ |
| Sloan Kettering | -$853 | ✖ |
| UCI Medical Center | -$1,338 | ✖ |
| UC San Francisco | $369 | |
| University of Pitt Medical | -$6,027 | ✖ |
| University of Tennessee | -$1,567 | ✖ |

*Equally Efficient Competitor

PDX4.24

# Exhibit 8

## Discount Attribution Test for Select Hospitals, 2019-2023

| Hospital | Average Variable Cost | Maximum Price for Equally Efficient Competitor | |
|---|---|---|---|
| | | **Products Linked Through LigaSure Data** | **Transactions Data Products** |
| Banner Health | $77 | $266 | ($1,179) |
| Barnes Jewish Hospital | $69 | $345 | ($1,764) |
| Baystate Hospitals | $66 | $93 | ($2,995) |
| Cedars Sinai | $53 | $367 | ($480) |
| Central Maine | $92 | ($1,374) | ($1,559) |
| Cleveland Clinic | $66 | $419 | ($1,992) |
| Dartmouth | $70 | ($78) | ($407) |
| Delta Regional Medical Center | $50 | ($194) | ($1,714) |
| Duke Hospitals | $69 | ($1,015) | ($1,692) |
| Emory | $77 | $436 | $77 |
| Houston Methodist Hospital | $69 | $584 | $207 |
| IHC Health Services | $71 | $508 | ($707) |

# Exhibit 8

## Discount Attribution Test for Select Hospitals, 2019-2023

| | | Maximum Price for Equally Efficient Competitor | |
|---|---|---|---|
| Hospital | Average Variable Cost | Products Linked Through LigaSure Data | Transactions Data Products |
| Infirmary Health System | $60 | $231 | ($2,831) |
| Johns Hopkins | $58 | $371 | ($209) |
| Keck Hospital of USC | $58 | $569 | ($109) |
| Mountain Health Network Cabell Huntington | $65 | $123 | $45 |
| Mt Sinai | $74 | ($1,669) | ($1,801) |
| Murray Calloway County Hospital | $167 | ($638) | ($800) |
| New York University | $69 | ($1,326) | ($1,456) |
| Northwell Health | $72 | ($1,489) | ($1,978) |
| Northwestern Memorial Healthcare | $77 | ($1,546) | ($1,808) |
| Ochsner Health | $65 | $339 | ($1,890) |
| Parkview Health | $59 | ($1,075) | ($1,763) |
| Providence St Joseph Health | $74 | $342 | ($2,519) |

# Exhibit 8

## Discount Attribution Test for Select Hospitals, 2019-2023

| Hospital | Average Variable Cost | Maximum Price for Equally Efficient Competitor | |
|---|---|---|---|
| | | Products Linked Through LigaSure Data | Transactions Data Products |
| Providence St Joseph Health | $74 | $342 | ($2,519) |
| Rush University Medical Center | $71 | $472 | ($609) |
| Sharp Healthcare | $82 | ($616) | ($980) |
| Sloan Kettering | $69 | ($853) | ($1,013) |
| Stanford Health Care | $79 | ($105) | ($346) |
| Tampa General Hospital | $63 | ($1,698) | ($1,888) |
| Tufts Medicine | $57 | $473 | ($183) |
| UC Davis | $65 | ($1,355) | ($1,542) |
| UCI Medical Center | $65 | ($1,323) | ($1,883) |
| UNC Health Care System | $76 | $435 | ($2,474) |
| University of Alabama Hospital | $57 | $353 | ($1,721) |
| University of California San Diego | $70 | $463 | $360 |

# Exhibit 8

## Discount Attribution Test for Select Hospitals, 2019-2023

| Hospital | Average Variable Cost | Maximum Price for Equally Efficient Competitor | |
|---|---|---|---|
| | | Products Linked Through LigaSure Data | Transactions Data Products |
| UC Davis | $65 | ($1,355) | ($1,542) |
| UCI Medical Center | $65 | ($1,323) | ($1,883) |
| UNC Health Care System | $76 | $435 | ($2,474) |
| University of Alabama Hospital | $57 | $353 | ($1,721) |
| University of California San Diego | $70 | $463 | $360 |
| University of California San Francisco | $71 | $369 | ($1,192) |
| University of Chicago | $80 | ($2,331) | ($5,494) |
| University of Michigan | $74 | ($1,591) | ($1,675) |
| University of Pittsburgh Medical Center | $71 | ($5,645) | ($6,307) |
| University of Utah | $58 | $419 | ($3,337) |

Sources: Select Hospital Documents; Medtronic Data Production.

# Criteria to Evaluate Contracting Practices

**1** Does the defendant have significant market power in the relevant market?

**2** Would an equally efficient competitor have to charge a price below marginal cost to win business?

**3** What portion of the relevant market is available to an equally efficient competitor?

**4** Does the conduct diminish an equally efficient competitor's ability to compete?

**5** Does the alleged conduct result in higher prices, lower quality, or reduced choice?

**6** Are there any pro-competitive results of the conduct that would offset any anticompetitive effects?

PDX4.29

# Revenue of LigaSure vs. Penalties on Other Medtronic Products Across All Hospitals, All Years



PDX4.30



# Revenue of LigaSure vs. Discounts on Other Medtronic Products Across All Hospitals, All Years

$2,904,665,779

$2,779,911,174

LigaSure Revenue

Penalties on Other Products Linked in Contracts

DIFFERENCE

$124,754,605

÷

5,932,634
LigaSure

$21

APPLIED'S MAX PRICE TO OVERCOME MEDTRONIC'S PENALTY PRICING*

*Equally Efficient Competitor

PDX4.31

# Comparison of Applied's Cost vs. Applied's Max Price



$71
APPLIED'S
AVERAGE
VARIABLE COST

$21
APPLIED'S MAX
PRICE TO
OVERCOME
MEDTRONIC'S
PENALTY PRICING*

*Equally Efficient Competitor

PDX4.32

# $636.1 Million in Revenue Blocked as Estimated for All LigaSure Customers, 2019-2023



(IN MILLIONS)

PDX4.33

# Percentage of LigaSure Blocked From Competition



PDX4.34

# Percentage of LigaSure Sales Blocked Based on Discount Attribution Test



% OF LIGASURE REPLACED

PDX4.35

# Criteria to Evaluate Contracting Practices

| 1 | Does the defendant have significant market power in the relevant market? |

| 2 | Would an equally efficient competitor have to charge a price below marginal cost to win business? |

| 3 | What portion of the relevant market is available to an equally efficient competitor? |

| 4 | Does the conduct diminish an equally efficient competitor's ability to compete? |

| 5 | Does the alleged conduct result in higher prices, lower quality, or reduced choice? |

| 6 | Are there any pro-competitive results of the conduct that would offset any anticompetitive effects? |

PDX4.36

# Medtronic Document: Competitive Trials

May 10, 2017
Playbook Initiative



## PLAYBOOK INITIATIVE
## FOCUSED EXECUTION - MITIGATE COMPETITIVE THREATS

<u>Calls to Action:</u>

MegaCon and Voyant

- Utilize projected competitive targeting profiles to assess risk at the area, region, and territory level
- Conduct business reviews at all high risk accounts to validate if threat is real
- If accounts begin competitive trials, communicate violation of our pricing agreements and be prepared to take them to access/list tier
- Share intel with marketing regarding competitive pricing, messaging, and targeting

Reprocessing- Protect and expand our Energy platform through Collections Program

- Present Collections Program to 2 customers; roll out Q1
- FT10 Placements / Accelerate Triad removal from market
- Own the Next Gen Ligasure messaging – *more than just no-stick coating*
- Ligasure portfolio diversification at the account level.

**Medtronic**

# Medtronic Document: Memorial Sloan Kettering

August 29, 2018
Email from D. Donna to C. Favilla, C. Geary,
K. Dixon, J. Mcvitty



Donna,

Per our previous discussion, would MSK be amenable to evaluation pricing of $505 each (LF2019) for 30 days, and then going to that price point ($505 each) if they can maintain $600K annually (or the current annual LF1212A unit equivalent) between the LF1212A and LF2019? (This would need to be assessed by quarterly business reviews and MSK's trend towards the $600K target - $150K per quarter.) Setting proper expectations, if MSK threatens to trial Applied again, we default to their current Exact pricing.

Regards,

-----------

**Rayne Robertson**
Senior Product Manager | US Marketing
Direct: (303) 530-6139
Mobile: (720) 365-9002

**Medtronic**
5920 Longbow Drive | Boulder, CO 80301 | USA

# Applied Share of ABDs in Europe vs. U.S.
## Normalized Launch Year for Full Line of Voyant Products



PDX4.39

# Economies of Scale



PDX4.40

# Trocar Quantity v Cost: 2012-2013



PDX4.41

# Medtronic Document: Trocar Prices Fell Over Time





# Medtronic Document: Market Cost Savings





# Criteria to Evaluate Contracting Practices

| 1 | Does the defendant have significant market power in the relevant market? |
| 2 | Would an equally efficient competitor have to charge a price below marginal cost to win business? |
| 3 | What portion of the relevant market is available to an equally efficient competitor? |
| 4 | Does the conduct diminish an equally efficient competitor's ability to compete? |
| 5 | Does the alleged conduct result in higher prices, lower quality, or reduced choice? |
| 6 | Are there any pro-competitive results of the conduct that would offset any anticompetitive effects? |

PDX4.44

# Applied's Prices are Much Lower Already

## LIGASURE VS. VOYANT AVERAGE PRICES 2018-2024



PDX4.45

# Medtronic Document: Applied's Devices are "Clinically Similar"

October 16, 2014
COVIDEN, Remedy vs. Innovation







Our Blunt Tip and Maryland LigaSure™ portfolio accounts for ~48% of the LigaSure™ portfolio revenue

Competitive devices with clinically similar performance pose a threat to our current products.

- Enseal , Olympus, and Voyant have launched new Maryland jaw vessel sealing devices

JTX 10.0007

PDX4.46

# Medtronic Document:
## Applied's Voyant is "Comparable to MDT's Offerings"

March 11, 2022
LigaSure Hemo Summit v 1.0



- In recent years, Ethicon's Enseal and Harmonic products, as well as Applied Medical's Voyant, have improved their performance such that they are comparable to MDT's offerings.

JTX 9.0017

PDX4.47

# Analysis: Average Monthly Prices (Stapling)



# Percent of Revenue Where Medtronic's Contract Prices Are Greater Than or Equal to Access Prices (2019 – 2023)



PDX4.49

# DAMAGES

# Medtronic Relied On Trocar Benchmark for ABD Market

October 16, 2014
COVIDEN, Remedy vs. Innovation



## Applied Medical's Impact On The A&I Market

**U.S. Market Share (units)**

- +$430MM Market
- Applied Is Now The Market Leader: 30% Share
  - Disruptive value prop that carries 20-30% savings vs. that of our average contract price.
  - Products include trocars and hand instruments.
  - Growth fueled by GPO "carve-out" language that protect non-full line suppliers.

- COV (price) and JNJ (reprocessing) have regained share, **_Applied has grown footprint to include instruments and ligation._**

- **_COV has drastically reduced trocar ASP's_** to compete with Applied as well as _increased contract rigor and compliance._

## We Can Not Allow Energy Market To Be The Next  Win For Applied

# Shares of Trocars (Based on Units)
## U.S. Markets



# Shares of Trocars and ABDs (Based on Units)
## Normalized Launch Years for Products in U.S. Markets



PDX4.53

# But-for Voyant Device Revenue: Trocars Benchmark

| Year | Actual Voyant Device Units | Voyant Device Share | | But-for Voyant Device Units | Actual Voyant Device Price | But-for Revenue |
|---|---|---|---|---|---|---|
| | | Adjusted Actual | But-for | | | |
| 2019* | 25,365 | 1.9% | 3.4% | 46,245 | $359 | $16,592,487 |
| 2020 | 28,454 | 1.8% | 7.4% | 115,511 | $360 | $41,618,426 |
| 2021 | 39,651 | 2.2% | 12.4% | 219,723 | $361 | $79,299,544 |
| 2022 | 61,668 | 3.6% | 17.4% | 300,386 | $375 | $112,521,676 |
| 2023 | 60,096 | 3.3% | 22.4% | 411,023 | $372 | $152,820,113 |
| 2024 | 60,096 | 3.3% | 22.4% | 411,023 | $372 | $152,820,113 |
| | | | | | Past Total: | $555,672,358 |
| | | | | | | |
| 2025 | 151,914 | 8.3% | 22.4% | 411,023 | $372 | $152,820,113 |
| 2026 | 243,731 | 13.3% | 22.4% | 411,023 | $372 | $152,820,113 |
| 2027 | 335,549 | 18.3% | 22.4% | 411,023 | $372 | $152,820,113 |
| | | | | | Future Total: | $458,460,338 |

* Represents February 15-December 31, 2019

PDX4.54

# Damages Calculation: Trocars Benchmark

| Year | Voyant Devices | | | | Incremental Loss from Voyant Generators | Estimated Total Damages |
|---|---|---|---|---|---|---|
| | But-for Revenue | Actual Revenue | Gross Margin | Damages | | |
| 2019* | $16,592,487 | $9,100,796 | 64.0% | $4,794,058 | ($437,761) | $4,356,297 |
| 2020 | $41,618,426 | $10,251,899 | 64.6% | $20,250,603 | ($1,832,838) | $18,417,765 |
| 2021 | $79,299,544 | $14,310,318 | 65.9% | $42,814,471 | ($3,797,510) | $39,016,961 |
| 2022 | $112,521,676 | $23,100,260 | 67.7% | $60,517,503 | ($5,225,155) | $55,292,349 |
| 2023 | $152,820,113 | $22,343,935 | 68.2% | $88,949,996 | ($7,624,104) | $81,325,891 |
| 2024 | $152,820,113 | $22,343,935 | 68.2% | $88,949,996 | ($7,624,104) | $81,325,891 |
| | | | | | Past Total: | $279,735,154 |
| 2025 | $152,820,113 | $56,482,088 | 68.2% | $65,676,869 | ($5,629,312) | $60,047,557 |
| 2026 | $152,820,113 | $90,620,241 | 68.2% | $42,403,743 | ($3,634,520) | $38,769,223 |
| 2027 | $152,820,113 | $124,758,393 | 68.2% | $19,130,617 | ($1,639,728) | $17,490,889 |
| | | | | | Future Total: | $116,307,669 |
| | | | | | Future Total (Discounted at 8.5%) | $101,969,851 |
| | | | | | GRAND TOTAL | $381,705,005 |

\* Represents February 15-December 31, 2019

PDX4.55



# Applied Share of ABDs in Europe vs. U.S.
## Normalized Launch Year for Full Line of Voyant Products

PDX4.56

# But-for Voyant Device Revenue: European Benchmark

| Year | Actual Voyant Device Units | Voyant Device Share: | | But-for Voyant Device Units | Actual Voyant Device Price | But-for Revenue |
|------|------|------|------|------|------|------|
| | | Adjusted Actual | But-for | | | |
| 2019* | 25,365 | 1.9% | 2.2% | 30,004 | $359 | $10,765,381 |
| 2020 | 28,454 | 1.8% | 4.0% | 62,691 | $360 | $22,587,428 |
| 2021 | 39,651 | 2.2% | 5.8% | 103,252 | $361 | $37,264,244 |
| 2022 | 61,668 | 3.6% | 7.7% | 133,226 | $375 | $49,905,046 |
| 2023 | 60,096 | 3.3% | 12.3% | 225,367 | $372 | $83,792,418 |
| 2024 | 60,096 | 3.3% | 12.9% | 236,968 | $372 | $88,105,676 |
| | | | | | Past Total: | $292,420,193 |
| 2025 | 93,372 | 5.1% | 15.4% | 283,463 | $372 | $105,392,868 |
| 2026 | 126,648 | 6.9% | 20.3% | 372,317 | $372 | $138,429,029 |
| 2027 | 159,924 | 8.7% | 20.3% | 372,317 | $372 | $138,429,029 |
| 2028 | 194,643 | 10.6% | 20.3% | 372,317 | $372 | $138,429,029 |
| | | | | | Future Total: | $520,679,955 |

* Represents February 15-December 31, 2019

PDX4.57

# Damages Calculation: European Benchmark

| Year | Voyant Devices: | | | | Incremental Loss from Voyant Generators | Estimated Total Damages |
|---|---|---|---|---|---|---|
| | But-for Revenue | Actual Revenue | Gross Margin | Damages | | |
| 2019* | $10,765,381 | $9,100,796 | 64.0% | $1,065,196 | ($97,267) | $967,929 |
| 2020 | $22,587,428 | $10,251,899 | 64.6% | $7,963,964 | ($720,801) | $7,243,163 |
| 2021 | $37,264,244 | $14,310,318 | 65.9% | $15,121,894 | ($1,341,265) | $13,780,629 |
| 2022 | $49,905,046 | $23,100,260 | 67.7% | $18,140,606 | ($1,566,282) | $16,574,324 |
| 2023 | $83,792,418 | $22,343,935 | 68.2% | $41,891,496 | ($3,590,614) | $38,300,882 |
| 2024 | $88,105,676 | $22,343,935 | 68.2% | $44,831,989 | ($3,842,651) | $40,989,339 |
| | | | | | Past Total | $117,856,266 |
| | | | | | | |
| 2025 | $105,392,868 | $34,716,060 | 68.2% | $48,182,755 | ($4,129,852) | $44,052,903 |
| 2026 | $138,429,029 | $47,088,185 | 68.2% | $62,270,123 | ($5,337,312) | $56,932,811 |
| 2027 | $138,429,029 | $59,460,310 | 68.2% | $53,835,630 | ($4,614,373) | $49,221,257 |
| 2028 | $138,429,029 | $72,368,918 | 68.2% | $45,035,398 | ($3,860,085) | $41,175,312 |
| | | | | | Future Total | $191,382,283 |
| | | | | Future Total (Discounted at 8.5%) | | $157,210,398 |
| | | | | GRAND TOTAL | | $275,066,664 |

* Represents February 15-December 31, 2019

PDX4.58

# Summary of Damages Opinions

| European Benchmark | Trocars Benchmark |
| --- | --- |
| $275,066,664 | $381,705,005 |

## DAMAGES ARE $275 MILLION TO $381 MILLION

PDX4.59

# Conclusions

**1** | Change to Medtronic has monopoly power in the advanced bipolar market

**2** | Evidence indicates that Medtronic has foreclosed competition from Applied

**3** | Medtronic deprived Applied of scale, resulting in higher market prices, reduced innovation, and less customer choice

**4** | Potential mitigating factors do not outweigh the anticompetitive effects

**5** | A conservative estimate of damages ranges from $275 - $381 million

PDX4.60