# EXHIBIT C



# Applied Closing Argument

## *Applied Medical Resources Corp. v. Medtronic Inc.*

*United States District Court, Central District of California*
*Case No. 8:23-cv-00268*

PDX7.1

# Medtronic Opening Statement:

"This case is about choices and competition.  It is not about whether the U.S. health care system is fair or whether health care prices in this country are too high."

— T1 at 131:6-9

PDX7.2

# Antitrust Laws

The purpose of the Sherman Act and the Clayton Act is to preserve ==free and unfettered competition== in the marketplace. The Sherman and Clayton Acts rest on the central premise that competition produces the best allocation of our economic resources, the ==lowest prices, the highest quality==, and the greatest material progress.

— Jury Instruction No. 19

PDX7.3

# *Medtronic's Anticompetitive "Bundle"*

## Contracts across multiple categories with pricing penalties

---

## *NOT*





PDX7.4

# Medtronic's Corporate Speak for Bundles



"we are very careful with our words"

— Mike LaCasse

**"Wrap Agreement"**

**"Aggressive Contracting"**

**"Creative Contracting"**

**"Family Value"**

**"Financial Handcuffs"**

**"Leverage Entire Portfolio"**

**"Combined Pricing Agreement"**

PDX7.5

# Why the Parties' Perspectives Differ

| Applied | Medtronic |
|---------|-----------|
| New Generation Medical Device Company | World's Largest Medical Device Company |
| Driven by Mission | Driven by Shareholders |
| Long-Term Vision | Short-Term Returns |
| Opens Markets | Blocks Entry to Markets |
| Led by Clinical Needs | Led by Business Needs |
| Vertically Integrated Supply Chain | Vulnerable Supply Chain |
| Reduces Healthcare Costs | Increases Healthcare Prices |

PDX7.6

# Applied's Witnesses



**Said Hilal**



**Gary Johnson**



**Michelle Weaver**



**Dennis Grosshans**



**Brian Carpenter**



**Tim McLaughlin**



**Chris Popma**



**Fahim Nassery**

PDX7.7



# Skyrocketing Healthcare Costs

- Bankrupting families

- Preventing access to care

- **<u>NOT</u>** sustainable

PDX7.8

# Applied's Mission



**Said Hilal**

Founder





PDX7.9

# Medtronic's Fear:  Applied's Winning Formula



**Medtronic**

"This quote is something to ==keep us up at night==, 'they consider competitive supply issues a top Applied opportunity'"

JTX 59
*at 1*

"Highly efficient company"

"R&D is a major focus for Applied"

"Quickly iterates on existing products based on clinical information"

"Products made in the US"

JTX 57
*at 9, 43*

"Vertically integrated manufacturing"

JTX 238
*at 3*

PDX7.10

# Medtronic's Fear:  Applied Lowers Market Prices



**JTX 57**
*at 11*

PDX7.11

# Medtronic's Fear:  Applied Lowers Market Prices



**Orszag**

Q. Can you explain that?

A. So in November of 2003, ==J&J unbundled, carved out== for non-full-line suppliers the trocar product so it could be sold independent of its bundle ....

Q. And after that, what happened to Applied's market share?

A. ==It took off==.

Q. Okay.

A. Its ==market share grew significantly==.

— T6 (Orszag) at 91:19-92:4, 93:17-94:1



PDX7.12

# Medtronic's Fear:  Applied Lowers Market Prices

## Medtronic

***Voyant Response***
*March 2015*



**JTX 91**
*at 69*

### Applied Medical's Impact On The A&I Market

- Applied Is Now The Market Leader: 30% Share
  - <mark>Disruptive value prop that carries 20-30% savings</mark> vs. that of our average contract price.
  - Products include trocars and hand instruments.
  - <mark>Growth fueled by GPO "carve-out"</mark> language that protect non-full line suppliers .

PDX7.13

# Voyant's Continuous Stream of Innovation



PDX7.14

# 2015: Medtronic Plots Against Voyant



**JTX 94**
*at 41-42*

# 2015: Medtronic Plots Against Voyant

## Medtronic

**Voyant Response**
*March 2015*



**JTX 91**
*at 69*

- ***COV has drastically reduced trocar ASP's*** to compete with Applied as well as ***increased contract rigor and compliance.***

**We Can Not Allow Energy Market To Be The Next  Win For Applied**

PDX7.16

# 2015: Medtronic Plots Against Voyant

## Medtronic

**Voyant War Games**
*November 2015*



JTX 58
*at 3*

> **MDT's energy business faces new competition and meaningful share loss if proactive measures are not taken**

> ## Voyant is a credible treat
> - MDT tissue tests indicate Voyant sealing is competitive with Ligasure
> - Applied is investing in a more sophisticated energy sales force

PDX7.17

# Medtronic Conducts War Games to Combat Voyant Launch



**Ricky Murphy**

Sr. Manager, Strategy Group

**Medtronic**

"... It was a ==U.S. and Western EU war game==, and it was in anticipation of their entry and ==launch of the Voyant== Energy system. ... when we see a competitor enter a major market, ==we want to prepare==."

*September 2015*



JTX 57

*November 2015*



JTX 58

— Murphy at 34:18-35:3

PDX7.18

# Medtronic Conducts War Games to Combat Voyant Launch

## Medtronic

**Voyant War Games**
*November 2015*



**JTX 58**
*at 7*

| Broad Mitigant | Key Questions |
|---|---|
| Aggressive contracting w/ Applied accounts (US) | • Is there a strong business case for more aggressive contracting than current programs (*e.g.*, Project Listerine)?<br>  – Can we offer deeper value to accounts already on our list for aggressive contracting? If so, how?<br>  – Should we broaden the list for aggressive contracting? If so, why? |

PDX7.19

# Medtronic Fights to Maintain Its Monopoly

**Medtronic**



**JTX 295**
*at 3*

### *Email to Hudson*
*June 2018*

**Final Thoughts:**
- Stay focused and be intentional about your customer interactions and sales presentations
- Identify "conversion" opportunities and look to accelerate the process
- <mark>Sell Everything, look to monopolize Energy,</mark> Endo, ES, Hernia, Legacy GSP, and yes EVEN Suture
- Have FUN – This is the BEST time to be part of Advanced Surgical

**Medtronic**



**JTX 324**
*at 4*

### *Electrosurgery Competitive Analysis*
*August 2018*

Lastly, rumors stipulate Ethicon will be expanding their portfolio in the coming months which would provide them with the <mark>portfolio breadth we currently maintain a monopoly on.</mark>

PDX7.20

# Medtronic Fights to Maintain Its Monopoly



## Medtronic

**Email to McGovern**
*October 2019*

harmonic. Without converting Ligasure, they have no options to save money.   We've created the ultimate gorilla that Ethicon had 20 years ago.   I'm glad I stuck around to see that!   I lost a few staple opportunites because of the leverage they had on suture and harmonic.   Lots to do yet and I never know what the unpredictable powers to be here will do, but I'd rather be us than Ethicon right now.



JTX 504
at 2

PDX7.21

# Medtronic Blocks Head-to-Head Competition



**McGovern**

**Medtronic**

**JTX 507**
*at 1*

### *Email to McGovern*
*August 2018*

> I'm concerned about every member having the ability to choose conmed or megadyne for Es and enseal or ==applied for vessel sealing== and harmonic for ultrasonic (ultrasonic is the least concern). I believe ==breaking it up exposes us on Es and ligasure and allows any member to evaluate those categories independently.==

Q    And why would breaking up the categories potentially expose Medtronic on Es and LigaSure?

A    ==I guess there would be more choice.==

Q    And why would more choice expose -- expose Medtronic on those products?

A    I believe Larry is saying here that he feels that having ==more options exposes us==.

— McGovern at 124:17-18, 20-22, 125:2-3

PDX7.22

# Medtronic's Creative Contracting Strategy: Bundling

## Medtronic

**Protect the House**
*March 2022*



**JTX 325**
*at 10*

# Advanced Energy
## PROTECTING THE BUSINESS

### Creative Contracting Strategy

- Leverage other Medtronic COTs

- Consider LNA agreement

  - Bundle COTs (Energy, Endo, Hernia, etc)

- Include wrap rebate or credit

- Provide growth incentives

- Layer in co-op agreement

- Incorporate collections program



Medtronic    - POWER TO PERFORM -    7

PDX7.23

# Medtronic's Creative Contracting Strategy:  Bundling

"Describe in detail your agreements with customers that include a purported discount, rebate, or other financial incentive **when LigaSure is purchased with other products.**"



— *See* JTX 2942, Medtronic's Response to Interrogatory 1 (Medtronic, Inc.'s 7th Amended Response, Dated May 10, 2024)

PDX7.24

# Medtronic's Bundle is Anticompetitive

 **Restricts** customer choice

 **Imposes** pricing penalties

 **Hides** price increases

PDX7.25

# Medtronic's Bundle Restricts Customer Choice



## Medtronic

**Hospital to Medtronic**
*April 2018*

## McLaren Health Care Did Not Want a Bundle:

The current partnership McLaren Health Care has with Medtronic in the Surgical device area has not been very strong for the five years I have held this position. We have been very upfront about what we want and what we can and cannot do. When proposals have been received we have provided reasons as to why the proposal is not acceptable. We are not sure if you are truly aligned with our needs or if you are just constrained by what your company is allowing you to provide. For instance:

2. Bundling of product lines in an attempt to force conversion on one product line in order to obtain savings on another. Unacceptable when the conversion would result in a cost increase wiping out the savings.

6. Seeming to hold tier level approvals hostage for future commitments regardless of whether the tier requirement has been met.

JTX 180
*at 2*

PDX7.26

# Medtronic's Bundle Restricts Customer Choice



## Medtronic

**Email from McGovern**
*September 2017*

### Vizient GPO Did Not Want a Bundle:

We last spoke to Allen on Wednesday of this past week, we are close but including Energy is the hang-up as Vizient will not sign a bundled Endo/Energy/Suture/Trocar agreement on their behalf. We have found a way around it but including a local LOC that allows members signing up for all the aforementioned categories access to max value.



JTX 523
at 1

PDX7.27

# Medtronic's Bundle Restricts Customer Choice



**McGovern**

Medtronic

**JTX 502**
*at 1*

*Email to McGovern*
*December 2019*

**Customers Did Not Want a Bundle:**

> Their concerns and asks from today;
>
> • Perception that our combined pricing agreement is "bundled" in nature and also causes more work for contract manager if all within one pricing agreement.

Q    And do you recall the typical reasons customers would provide for not wanting to do a bundled deal?

A    Most often customers would want individual categories parceled out so they could look at them individually if they needed to ....

— McGovern at 79:14-16, 18-21

PDX7.28

# Medtronic's Corporate Speak for Price Hikes

**"Nuclear Option"**

**"Current … Pricing"**

**"Move Price"**

**"Economic Leverage"**

**"Predatory Pricing"**

**"Pricing Agreement Violation"**

**"Punitive Response"**

PDX7.29

# Medtronic Punitively Hikes Prices with Bundle



## Medtronic

**Email from Robertson**
*February 2021*

**Potential tailwinds**
- Contractual excellence
- Updated GPO pricing agreements that outline ==more punitive responses== for competitive usage
- Updated tier pricing for access and list pricing (including AMC tier changes)



JTX 349
*at 1*

PDX7.30

# Medtronic Punitively Hikes Prices with Bundle



## Medtronic

*August 30, 2023*

*Email to McDaniel*

Meaning, if DMC purchases a lot of reprocessed Ligasure & is not compliant to the 85% agreement – do we have the ability punitively raise their pricing? Or is this not an option due to the fact that, overall, Tenet Health is compliant at a national level?

*Email from McDaniel*

Yes, you do. However, we should look at the Michigan "market." If they're out of compliance as a group, then move the entire market. If only Harper is out of compliance, you could move them and leave the rest...but also use it as leverage that their non-compliance could affect the entire group. Does that make sense?



**JTX 43**
*at 1-2*

PDX7.31

# Medtronic Punitively Hikes Prices with Bundle



## Medtronic

***Email to Goodall***
*July 2022*

Great news here as Greg Goodall has done phenomenal job in executing a price increase on the "access tiers" of the Premier Endo and Trocars agreements!  ~**$3.17M** annually effective 5/1/22.  This increase is feasible due to previously negotiating contract language which included an annual price increase on the access tier.  We will be doing the same on the energy agreement effective 10/1/22.  With this new price increase, it will also provide us further leverage to those customers who would like understand the path towards better pricing for further commitment.



**JTX 167**
*at 2*

PDX7.32

# Medtronic Punitively Hikes Prices with Bundle



## Medtronic

**Email to Goodall**
*November 2018*

### Customer Pushes Back Against Predatory Pricing:

I spoke to St. Joe and they need the generator for Ligasure use. Medtronic lack of cooperation on the pricing and lack of cooperation and predatory pricing on the Ligasure has required we stop the purchase.



JTX 181
*at 1*

PDX7.33

# Medtronic Hides Price Hikes with Bundle



## Medtronic

**Email from McGovern**
*October 2017*

that's worked in the past. What I want to avoid is what I've seen most often and that's after we take the stance that we're going to pass along a meaty price increase, like we plan to at Duke, we are then at risk to a market competitor and the inclusive wrap and aggressive APR then becomes an attractive way to defend our business and/or hide a price increase. Reactive strategy versus a proactive one that leverages the strength of our size and relationship. Happy to talk live if you think that's necessary.



JTX 512
*at 1*

PDX7.34

# Medtronic Hides Price Hikes with Bundle



**Steve McGovern**

Regional VP Sales, Midwest

**Medtronic**

"… smaller divisions would fold into wrap rebates, <mark>pass along price increases, and just be included in the wrap and hope not to be noticed.</mark>"

"If these new products were brought onto these agreements, wrap agreements, they would just be folded in.  So at what price they get folded in or how <mark>their price increases go up, sometimes they weren't noticed.</mark>"

— McGovern at 169:7-10, 12-15, 171:11-15

PDX7.35

# Medtronic Hides Price Hikes with Bundle

## Medtronic



**ASI Monthly Revenue Review**
*November FY22*

JTX 262
*at 50*

**RISKS**

- Decreasing understanding / confidence in Ligasure advantages

**OPPORTUNITIES**

- [*NEW*] Offering / package deals [hide price, build loyalty]
- [*NEW*] Offer development, strengthen contracting bundles [USA]

PDX7.36



# Memorial Sloan Kettering Cancer Center

"Keep in mind, that is one of the highest institutions for cancer operations ...."

*- Brian Carpenter*

**NEW YORK**

— T4 at 85:15-16

PDX7.37

# Medtronic Blocks Applied at MSK Despite Successful Trial



**Brian Carpenter**

Business Development
Manager



Q    Now, how did Voyant perform in that particular trial?

A    Very well … it performed very well there.

\* \* \*

Q    … How many of those surgeons found Voyant to be
acceptable?

A    Every surgeon found it to be a viable product.

Q    And was the trial a success at MSK?

A    Yes, it was.

— T4 (Carpenter) at 85:14-17, 89:11-18

PDX7.38

# Medtronic Blocks Applied at MSK Despite Successful Trial



## Medtronic

**Email to Robertson**
*December 2017*

**New York, NY** – @Malallai Elyasi  and @Larry Fauquier of the New York City Uptown Team,  secured a huge WIN with our advanced energy business at Memorial Sloan Cancer Center.  They had undergone the largest scale Applied Voyant trial in the country to date.

**Applied Medical - Voyant Tactic:** Applied had a footprint with their trocar product line at this facility.  They came to them to be a potential flagship account for their Voyant energy platform, stating a 50% line item savings to MSKCC for a full conversion.  They flooded the account with generators and sales representatives for over 6 weeks during the evaluation period.  During this time they were very strategic is allowing surgeons to cherry pick which cases they would like to trial the product.

**JTX 330**
*at 1-2*

PDX7.39

# Medtronic Blocks Applied at MSK Despite Successful Trial



## Medtronic

**Email to Robertson**
December 2017

**Medtronic Team Strategy:**



the Exact, demonstrating where we will be advancing our already superior technology. Our value proposition leveraged all of the Medtronic portfolio, allowing MSK to see savings across the board to help close the gap in the savings Applied had offered.

JTX 330
at 2

PDX7.40

# Medtronic Blocks Applied at MSK Despite Successful Trial



## Medtronic

**Email to Robertson**
*December 2017*

@Donna Doria <mark>Amazing win and so inspiring.</mark> You and your team utilized all of the components of our value and safety strategic offerings to negate any objection from this institution and <mark>make it impossible for Applied to close the deal.</mark> Applied decided to go big with this effort and it failed. We need to proactively be looking for their next move, which may be their previous tactic, go to the lower visibility institutions to rebuild and learn how to gain surgeon support with this product. Thank you for your work and for sharing!



**JTX 330**
*at 1*

PDX7.41

# Medtronic Continues to Spread MSK Strategy



"In the accounts where we did have an Applied threat and won, there were key themes for the Applied tactics and our strategy for success."

"Our value proposition leveraged the entire Medtronic portfolio, allowing accounts to see savings across the franchises to help close the gap in the savings Applied had offered. Additionally, our superior clinical benefits, particularly those around hemostasis and thermal profile compared to Voyant, proved to be the confidence surgeons relied on, and were unwilling to compromise for a less expensive device."

*2023*                    *2022*                    *2022*

JTX 327
at 1

JTX 328
at 1

JTX 329
at 1

PDX7.42

# Exclusionary Bundled Contracting

"bundled contracting can be anticompetitive if such a price can exclude a rival who is equally efficient at producing the competitive product because the rival does not offer the same array of products …."

"To prove that Medtronic's bundled contracting is anticompetitive, Applied must prove that the bundled contracting fails the 'discount attribution test.' Under this standard, the full amount of the discounts given by Medtronic on the bundle is allocated to Medtronic's advanced bipolar device, Ligasure.  If the resulting price of Ligasure is below Medtronic's average variable cost to produce it, you may find that the bundle is anticompetitive."

— Jury Instruction No. 39

# Medtronic Bundle Made it Impossible to Compete



* Average Variable Costs

*See PDX4.18*

PDX7.44

# Medtronic Bundle Made it Impossible to Compete



*Applied Would Have Had to Pay MSK at least $853 per ABD to Win the Business at MSK*

*See PDX4.23*

PDX7.45

# Medtronic Bundle Made it Impossible to Compete



**Carpenter**



Q   Did you experience any challenges when you began selling Voyant, from your perspective?

A   Yes, we did.

Q   What challenges did you experience, again, from your perspective and your experience working in the field?

A   Bundling from competition.

---

Q   Did any of these attempts overcome Medtronic's bundle?

A   No.

* * *

Q   And what impact did that have on Applied's ability to sell Voyant in the marketplace?

A   We were blocked.



**Johnson**



— T3 (Carpenter) Tr. at 182:6-11; T2 (Johnson) Tr. at 140:8-10, T3 at 104:15-17

PDX7.46

# Medtronic Bundle Made it Impossible to Compete



**Brian Carpenter**



**Tim McLaughlin**
















PDX7.47

# Medtronic Bundle Made it Impossible to Compete

| Exemplary Hospital | Applied Would Have to Pay Hospital (per ABD) |
|---|---|
| Central Maine | – $1,370 |
| Mount Sinai Hospital | – $1,674 |
| Memorial Sloan Kettering (MSK) | – $853 |
| NYU Langone | – $1,340 |
| University of Pittsburgh Medical Center | – $6,027 |
| University of Tennessee | – $1,567 |
| UCI Medical Center | – $1,338 |

— Orszag Rpt. Rev. Ex. 8

PDX7.48

# Medtronic Bundle Made it Impossible to Compete



See PDX4.34 (with foreclosure precent added); T6 at 44:22-46:21

PDX7.49

# Medtronic's Bundle Foreclosed a Substantial Portion of Market



**Orszag**

"hundreds of hospitals fail the DAT, based on my analysis. Professor Murphy does it slightly differently.  Under his approach, it's thousands of agreements, fail the DAT.  It's over 3,000 fail the DAT …."

"Medtronic's arrangements with hundreds of hospitals fail the discount attribution test.  And I've mentioned it … Dr. Murphy's analysis shows that under an agreements-based version, it fails in thousands of cases."

— T6 (Orszag) at 34:8-15, 41:9-16

PDX7.50

# Medtronic Forecloses the Market by Targeting

## Medtronic

**Voyant War Games**
*November 2015*



**JTX 58**
*at 7*

| Broad Mitigant | Key Questions |
|---|---|
| Aggressive contracting w/ Applied accounts (US) | • Is there a strong business case for more aggressive contracting than current programs (*e.g.*, Project Listerine)? <br>   – Can we offer deeper value to accounts already on our list for aggressive contracting? If so, how? <br>   – Should we broaden the list for aggressive contracting? If so, why? |

PDX7.51

# Medtronic Forecloses the Market by Targeting



## Medtronic

***Email to Robertson***
*December 2017*

@Donna Doria Amazing win and so inspiring. You and your team utilized all of the components of our value and safety strategic offerings to negate any objection from this institution and <mark>make it impossible for Applied to close the deal.</mark> Applied decided to go big with this effort and it failed. <mark>We need to proactively be looking for their next move,</mark> which may be their previous tactic, go to the lower visibility institutions to rebuild and learn how to gain surgeon support with this product. Thank you for your work and for sharing!



**JTX 330**
*at 1*

PDX7.52

# Medtronic Forecloses the Market by Targeting



"In the accounts where we did have an Applied threat and won, there were key themes for the Applied tactics and our strategy for success."

2023

**JTX 327**
*at 1*

2022

**JTX 328**
*at 1*

2022

**JTX 329**
*at 1*

PDX7.53

# Medtronic Forecloses the Market by Targeting

## Medtronic



***ASI Sales Incentive Objectives and Priorities***
*February 2021*

**GLOBAL PRIORITIES/IMPERATIVES**

**Overarching objectives:**
- Defend key share leadership positions, especially in Endostapling and RF Energy (LigaSure)
- Gain share in key underpenetrated segments, especially Open Stapling and Ultrasonic Energy
- Leverage the full portfolio to maximize ability to mitigate losses and realize gains in key accounts
- Maximize margin through favorable product mix and pricing

**Key portfolio/programmatic priority areas:**
- Competitive defense versus legacy multi-nationals, robotics, reprocessing (where relevant), and local/low-cost competition
- Consultative selling opportunities in OMH/bariatric to drive procedural uplift
- Portfolio leverage across iOUs (w/ILS, Visualization) in both top priority at-risk accounts and targeted conversion accounts

Key portfolio/programmatic priority areas:
- Competitive defense versus legacy multi-nationals, robotics, reprocessing (where relevant), and local/low-cost competition
- Consultative selling opportunities in OMH/bariatric to drive procedural uplift
- Portfolio leverage across iOUs (w/ILS, Visualization) in both top priority at-risk accounts and targeted conversion accounts

Medtronic

**JTX 78**
*at 6*

PDX7.54

# Medtronic Forecloses the Market by Targeting

## Imagine 50 hospitals.



PDX7.55

# Medtronic Forecloses the Market by Targeting

## Applied tries to convert 10.



PDX7.56

# Medtronic Forecloses the Market by Targeting

## Medtronic blocks Applied at all 10.



PDX7.57

# Medtronic Forecloses the Market by Targeting

Medtronic effectively blocks Applied everywhere.



PDX7.58

# Medtronic Forecloses the Market by Targeting



**Johnathan Orszag**

Independent Expert

"… the 22 percent that I have in the 68 percent, includes all surgical products, ==understates the effect of the contracts in that scenario because of the ability to target==.  It doesn't give a full picture of what percentage of the competitive situations are impeded."

— T6 (Orszag) at 274:4-12

PDX7.59

# Medtronic Blocks Applied with Contracts



**GPO Tiers and LNA Contracts**

Effectively **prevents purchases from rivals**

- Last **3+ years** and renewed and layered

- **80-90%** purchase commitments across **bundle**

- Pricing penalties on **all products** and other barriers prevent easy termination and switching

- **Stops trials**

PDX7.60

# Medtronic Blocks Applied with Contracts

## Medtronic

**Vizient Energy Update**
*March 2024*

VIZIENT ENERGY

**JTX 457**
*at 4*

**Core Strategic Direction**

1. Maintain current state or improve position
2. Do not let Applied Medical on the agreement
3. Strengthen our reprocessing position

PDX7.61

# Medtronic Blocks Applied with Contracts



**Goodall**

**Medtronic**

| JTX 152 |
| --- |
| *at 1* |

| JTX 153 |
| --- |
| *at 2* |

| JTX 154 |
| --- |
| *at 1* |

*2017*

It is an RFP, so we are seeking a new 3 year agreement, with the goal of maintaining a dual source position....no Applied, Olympus, etc... is the objective.

*2018*

▪ Dual-source agreement on Surgical Energy, which again prevented Applied and Olympus from securing a contract position for another 3-year contract cycle.

*2021*

-precluded Olympus and Applied Medical from gaining a contract award (both with new product releases)
-obtained language that **enables a 5% price increase** on non-committed tiers on an annual basis. Currently there is **~ $36M in revenue at those tiers**.

PDX7.62

# Medtronic CEO Brags About Contract Strength to Investors



Q3 FY25 Earnings Q&A Session

Geoff Martha
Chairman & Chief Executive Officer

"... But the contracting we do a lot of us directly with -- between us and the hospital.  So we have very tight contracts that have been tested over time, like if we have a supply shortage and then -- you know -- and a competitor takes up that and we get it back, you get our -- we get that supply back. We're right back to where we were based on the contract."

JTX 3173

— Video Timestamp 00:57:43 – 00:59:40

PDX7.63

# Medtronic Blocks Applied with Contracts

Great work Jess, looking forward to hearing more about how I can help you ==widen the moat== around our business.

**JTX 513**
*at 1*

**Northwestern**: Brand new agreement that ties in all COT's into one large agreement. Creep on any of them puts their 5% wrap in serious jeopardy. As =="iron clad"== as an agreement can get and Mike Seibert is the owner.

**JTX 280**
*at 1*

This one is tricky, but the ==nuclear option== impact is $9.2M on a base of $25M

**JTX 192**
*at 1*

Take a moment and enjoy this win as one of our biggest customers is ==locked down for years to come.==

**JTX 531**
*at 1*

PDX7.64

# Medtronic Blocks Applied with Contracts



- Contracts start and stop at different times
- Generator costs increase if ABD commitments not met



ABD Agreement    ABD Agreement

Generator Agreement    Generator Agreement

— T7 (Orszag) at 59:14-60:4, 60:11-17

PDX7.65

# Medtronic Blocks Trials with Contracts

## Medtronic

**Central Area
Breakout Meeting**
*May 2017*

**PLAYBOOK INITIATIVE**
FOCUSED EXECUTION - **MITIGATE COMPETITIVE THREATS**

Calls to Action:

- **If accounts begin competitive trials, communicate violation of our pricing agreements and be prepared to take them to access/list tier**

prepared to take them to access/list tier

- Share intel with marketing regarding competitive pricing, messaging, and targeting

Reprocessing- Protect and expand our Energy platform through Collections Program

- Present Collections Program to 2 customers; roll out Q1
- FT10 Placements / Accelerate Triad removal from market
- Own the Next Gen Ligasure messaging – *more than just no-stick coating*
- Ligasure portfolio diversification at the account level.

**Medtronic**

**JTX 139**
*at 11*

PDX7.66

# Medtronic Blocks Trials with Contracts



## Medtronic

**Email from Robertson**
February 2021

trend towards the $600K target - $150K per quarter.) Setting proper expectations, if MSK threatens to trial Applied again, we default to their current Exact pricing.



**JTX 341**
*at 1*

PDX7.67

# Medtronic Blocks Trials with Contracts



## Medtronic

**Email from Montgomery**
April 2022

Call me, but Applied is not part of the new agreement. ==The trials for Applied should be completed. If someone is using it, tell them it is off contract and threaten to move price for using a non-contracted supplier.==



**JTX 189**
*at 1*

PDX7.68

# Medtronic Blocks Trials with Contracts



## Medtronic

**Email to McGovern**
*May 2021*

guide us on this we would greatly appreciate it. We are trying to eliminate the competition from getting a window that would allow for a trial of their energy portfolio and believe we have a critical opportunity to close that shut.



**JTX 514**
*at 1*

PDX7.69

# Medtronic Blocks Trials with Contracts



## Medtronic

**Email to Corley**
March 2022

> Phelps Health in Rolla, MO is aggressively trying to reach their 2022 savings goal of $50m in savings. This provides us with significant opportunity but also immediate risk that comes in the form of their Advanced Energy business (Ligasure) being threatened by a low cost competitor in Applied Medical. I've spoken with the customer and believe that I can shut down the Applied evaluation if I can find $30k in value to the hospital. Below is what I would like to propose to the customer but I will need your blessing for your respective product categories.



**JTX 447**
*at 1*

PDX7.70

# Medtronic Blocks Trials with Contracts

 

## Medtronic

***Email to Montgomery***
*October 2021*

My South Bend rep was told by a CHS account their region is trialing Applied Voyant, and it's a CHS initiative. Is Applied on contract for RF Vessel Sealing with HPG?



***Email from Montgomery to McDaniel***
*October 2021*

Bringing in Michael who has CHS. Applied Voyant is not on contract at HPG. Send both of us the account contact information. I want to have HPG notify them to stop. Michael can contact CHS to find out whise behind this. Can you or your rep find out if this is a one off? Drs at the account should also shut it down.

**JTX 187**
*at 1*



PDX7.71

# Medtronic Blocks Trials with Contracts



**Carpenter**





**Orszag**

**LENGTH:** weeks to months

**PEOPLE:** 15 to 20

**TEAM-HOURS:** 40 to 50 per individual

**COST:** ~ $700,000

— T3 (Carpenter) at 179:21-180:4; T4 (Carpenter) at 89:19-25; T6 (Orszag) at 73:17-22

PDX7.72

# Medtronic Harms Competition, Consumers, and Applied



— *See* JTX-3228, T6 (Orsag) at 58:2-19

PDX7.73

# Medtronic Harms Competition, Consumers, and Applied



Q.  And so as Applied's market share increased, what did LigaSure's price do?

A.  We saw a declining trend in the average selling price of LigaSure.

— Chris Popma





**JTX 1255** *at 6*

— T5 (Popma) at 94:19-22

PDX7.74

# Medtronic Harms Competition, Consumers, and Applied

## ABD Market Share 2023

Q. How is pricing for medical devices structured in South Korea?

A. The government is involved. And the ==government sets one price ... for advanced bipolar devices==. ... And so there is ==no price competition== in that sense ....



— T6 (Orszag) at 78:15-23, 79:6-10, 18-19

PDX7.75

# Monopolist Medtronic Has Little Incentive to Innovate



## Medtronic

***"ASI Prioritization" attachment to email from Boyum***
*June 2021*

Notes:

don't understand why Goldilocks is considered needle-moving—<mark>is getting the 10mm indication for Ligasure so important for the business?  We own the RF vessel sealing market.</mark>  I would think that Great Divide, to actually be able to compete and get some of Ethicon/Harmonic's market share, to actually bust into the ultrasonic world (even though I know it's still RF energy), would be more important

perhaps should be elevated to business critical / needle movers depending on the definition are smoke evac (lucky strike, 8-man) given the connection to the broader energy business and perhaps Marco.  Marco pending if we do believe there is a broader connection to the business.  I would not necessarily elevate any GYN programs until we conclude if there is a broader connection to the energy business.



**JTX 232**
*at 6*

> "is getting the 10mm indications for LigaSure so important for business? We own the RF vessel sealing market."

PDX7.76

# Monopolist Medtronic Has Little Incentive to Innovate

## Medtronic

***"Strategic Runway"***
***Presentation***
*September 2021*



**JTX 18**
*at 22*

> Clear global user need for patient outcome improvement + reduced product cost
>
> While global needs exist, needs in DM vs EM are vastly different.
>
> Iterative innovation in stapling & advanced energy has peaked; customers no longer willing to pay for iterative changes with nominal patient impact.

PDX7.77

# Monopolist Medtronic Has Little Incentive to Innovate

**Medtronic**

***"Strategic Runway"***
***Presentation***
*September 2021*



RUNWAY FOR
FLAGSHIP ASI
PRODUCTS

**UNMET NEEDS**
PLANES DOOMED FOR WATER LANDING WITHOUT A COURSE CORRECTION

While attempts have been made to "address" the below user needs, we have largely missed the mark.

**JTX 18**
*at 26*

*ASI products continue increasing in cost without providing proportional increase in outcome improvement*

PDX7.78

# Monopolist Medtronic Has Little Incentive to Innovate

## Medtronic

**"Strategic Runway" Presentation**
September 2021



RUNWAY FOR FLAGSHIP ASI PRODUCTS

How much room do we have to innovate in stapling and energy as "stand-alone" premium categories.

**JTX 18**
*at 5*

In the last 5 years, we have diverted funds from our flagship products to fund robotics and strategic bets identified through APM (i.e. smoke evac and OR safety)

PDX7.79

# Monopolist Medtronic Has Little Incentive to Innovate

## Medtronic

### Goldilocks
April 2022



**JTX 22**
*at 29*

Critical Assumptions Goldilocks
ENSURING ASI INVESTMENTS WIN

1 Why do we believe in this investment?
- Even without 10mm indication, Goldilocks will provide clinical value in thick tissue sealing and user ergonomic improvements, finer jaws and parity with an infinite rotation wheel from J&J
- These enhancements will allow us to maintain our market share lead and obtain slight ASP premium and is critical even with a dilutive profile
- There has been no innovation/new LigaSure™ products in the large jaw RF space for 10+ years and we are facing competitive threat from reprocessing, premium and low-cost competitors

2 What will make and/or break this investment?
- 7mm initial launch:
  - Competitive threat over-estimated
  - Rejected adoption in lap due to 8mm port
- Although technically challenging, we need to push the 10mm claim which is in the current scope and be successful with the clinical study
- 10mm will not require Class III status which would change HW classifications as well

3 How will we execute to maximize our impact with this investment?
- Maximize margins by optimizing ASP (pricing study) and minimizing COGS (DFM\DFA)

- P5: Launch: Clinical trial starts for 10mm claim (January 2025)

| | Functional Confidence | |
|---|---|---|
| | 7mm | 10mm |
| Quality | 100% | 90% |
| Regulatory | 100% | 90% |
| Operations | 80% | 80% |
| Med Directors | 95% | 65% |
| Clinical | 95% | 65% |
| Finance | 100% | 95% |
| Marketing | 100% | 95% |
| R&D | 100% | 75% |

There has been no innovation/new LigaSure™ products in the large jaw RF space for 10+ years and we are facing competitive threat from reprocessing, premium and low-cost competitors

PDX7.80

# Medtronic Has Monopoly Power in ABD Market



ABD Market Share (2024)

OLYMPUS CORP.
**2.5%**

APPLIED
MEDICAL
**3.1%**

MEDLINE
INDUSTRIES
**4.7%**

JOHNSON &
JOHNSON
**13.8%**

OTHER
**2.4%**

MEDTRONIC
**73.5%**

— *See* PDX4.6

PDX7.81

# Medtronic Has Monopoly Power in ABD Market



*— See PDX4.7*

PDX7.82

# Medtronic Has Monopoly Power in ABD Market

"**81%** market share in US RF vessel sealing market"

| JTX 285 *at 4* | JTX 322 *at 4* |

**82%** market share in Advanced RF market

JTX 18 *at 13*

"**85%** U.S. market share in Vessel Sealing products with our LigaSure"

JTX 524 *at 1*

**83%** "RF Vessel Sealing" market

JTX 102 *at 13*

PDX7.83

# Jury Instruction:  Relevant Product Market

The basic idea of a relevant product market is that the products within it are reasonable substitutes for each other from the buyer's point of view …

To determine whether products are reasonable substitutes for each other, you must consider whether a small but significant and non-transitory increase in the price of one product would result in enough customers switching from that product to another product such that the price increase would not be profitable.

— Jury Instruction No. 29

PDX7.84

# Relevant Antitrust Market Excludes Ultrasonic



**Jonathan Orszag**
Independent Economist

"My conclusion is that ==the most appropriate market here is the advanced bipolar device market, sold in the United States.==

So when we define markets, there is two components to it. There is a product component and a geographic component. There is no dispute in this case, everyone agrees, the geographic component is the United States, so we can put that to the side. And I define the product part as the advanced bipolar devices."

— T5 (Orszag) at 190:1-190:9

PDX7.85

# Relevant Antitrust Market Excludes Ultrasonic



## Medtronic

**Presentation from Kaup**

*2019*

FACILITATION INSTRUCTIONS
SAY:
Medtronic owns RF market; Ethicon owns Ultrasonic market



**JTX 300**
*at 8*

PDX7.86

# Relevant Antitrust Market Excludes Ultrasonic

## Medtronic
**_"Strategic Runway"_**
**_Presentation_**
_September 2021_



**JTX 18**
_at 13_



PDX7.87

# Relevant Antitrust Market Excludes Ultrasonic



## Medtronic

*"Energy Focus Products" attachment to Robertson*
September 2021

> **Focus Area #1: Sonicision™ Curved Jaw Cordless Ultrasonic Dissector**
> - Achieve 17% market share in US ultrasonic market by end of FY22
> - Achieve AOP attainment of $61M by end of FY22

> **Focus Area #2: LigaSure™ Defense and Creative Contracting**
> - Maintain 81% market share in US RF vessel sealing market by end of FY22
> - Achieve AOP attainment of $616M by end of FY22

**JTX 322**
*at 4*

PDX7.88

# Relevant Antitrust Market Excludes Ultrasonic



## Medtronic

***Email from Boyum***
*November 22, 2023*

"Hi Kyle – for context, we have to manually back out ==Ultrasonic revenue== from the total ==Vessel Sealing== forecast every time. When we do side by side comparisons with market growth data, its always convoluted because the ==two markets are moving in different directions==."



**JTX 230**
*at 1*

PDX7.89

# Relevant Antitrust Market Excludes Ultrasonic

## Medtronic

*May 2022*

**NO ULTRASONIC LISTED:**





JTX 106
*at 4*

PDX7.90

# Relevant Antitrust Market Excludes Ultrasonic

## Medtronic

### *LigaSure (RF Energy)*



**JTX 21**
*at 12*

==Differences between the two==

==LigaSure/Vessel Sealing==

- ==RF energy==
- Tissue monitoring
- Reproducible
- ==Fuses vessel walls==
- ==May seal without cutting==
- Low temperature jaws
- Jaws both reach same temperature

==Sonicision/Ultrasonic==

- ==Mechanical/frictional energy==
- No tissue sensing
- User dependent
- ==Coagulates vessels==
- ==Cannot seal without cutting==
- High temperature jaws
- Jaws reach different temperatures

12   Sales Training on Competitive Technology | March 2, 2024 | Confidential for Internal Use Only

Medtronic

PDX7.91

# Relevant Antitrust Market Excludes Ultrasonic



**Gary Johnson**
President Advanced Energy

| ABD<br>Sealing | Ultrasonic Dissectors<br>Coagulation |
|---|---|
| RF Electric Energy | Friction from Blade |
| Permanent seal or "weld" | Temporary coagulum or "scab" |
| ABD FDA Indications | Ultrasonic Dissectors FDA Indications |



— T2 (Johnson ) at 95:9-98:21

PDX7.92

# Relevant Antitrust Market Excludes Ultrasonic



**Matt Anderson**
President of
Surgical Operating Unit

**Medtronic**

Q    Correct. So you are not suggesting that a Harmonic scalpel seals vessels, are you?

A    I am suggesting that the Harmonic scalpel, the name of that product, cuts and coagulates tissue.

Q    Coagulates.  So you are making the distinction between sealing and coagulation just like Mr. Johnson did when you were watching his testimony at the beginning of this trial, right?

A    I think technically that is accurate, yes.

— T7 (Anderson) at 164:8-16

PDX7.93

# Even With Ultrasonic, Medtronic Has Monopoly Power



**Orszag**

Q   Now, suppose one were to conclude that ultrasonic devices are in the relevant market, would that affect your opinions?

A   No, it would not … I measured market share in the ABD market for Medtronic of 73.5 percent in 2024 …  I did the same calculation, and I said, okay, let's ==add ultrasonic==.   And ==they have a market share that is, like, 58.6 percent==.  So they have a market share that is -- even if you include ultrasonic in the market is ==still a very high market share==.

So even under that definition, they have a high market share, they have high margins, and ==all the same factors would apply== ….

— T5 (Orszag) at 202:8-22

PDX7.94

# Relevant Antitrust Market Excludes Robotic ABDs



**Gary Johnson**

President Advanced Energy



Q    So can Voyant be used in robotic surgery?

A    No.

Q    Why not?

A    A couple of reasons. One, it's ==physically incompatible==. The ==robot cannot hold a Voyant== device or any standard laparoscopic instrument, for that matter. And it's ==commercially incompatible. You can't purchase a Voyant device to be used on a robot==. No one would send us an RFP for a Voyant device to be used on a robotic system.

— T2 (Johnson) at 112:10-19

PDX7.95

# Robots Are Not Part of the Relevant Market



**Jonathan Orszag**

Independent Expert

- Robotic and handheld ABDs are incompatible. A robot cannot use LigaSure or Voyant.

- Robots cost $700,000 to $2.5 million, making them **significantly more expensive** than handheld ABDs

- A small price increase in handheld ABDs would not push customers to robots

- Use of both handheld ABDs and robots has increased for the same procedures

— T5 (Orszag) Tr. at 195:19-197:18, 198:19-199:19

PDX7.96

# Relevant Antitrust Market Excludes Robotic ABDs

**Medtronic**    ***Sonicision Presentation***
*August 2019*

"Data based on FY19 Market Model for RF & Ultrasonic. Other AED & Robotic not included in either RF or Ultrasonic charts."

**JTX 300**
*at 8*

**Medtronic**    ***Email with attachment***
*May 2023*

"MS data: Q3 Cy18 – excluding robotic RF vessel sealers retrieved 12/4/18"

**JTX 327**
*at 57*

PDX7.97

# Two Real-World "Benchmarks"



**Jonathan Orszag**
Independent Economist



**European Benchmark**



**Trocars Benchmark**

PDX7.98

# Applied Share of ABDs in Europe vs. U.S.
## Normalized Launch Year for Full Line of Voyant Products



— *See* PDX4.39

PDX7.99

# Damages Calculation: European Benchmark

| Year | Estimated Total Damages |
|---|---|
| 2019* | $967,929 |
| 2020 | $7,243,163 |
| 2021 | $13,780,629 |
| 2022 | $16,574,324 |
| 2023 | $38,300,882 |
| 2024 | $40,989,339 |
| *Past Total* | **$117,856,266** |
| | |
| 2025 | $44,052,903 |
| 2026 | $56,932,811 |
| 2027 | $49,221,257 |
| **2028** | **$41,175,312** |
| *Future Total* | **$191,382,283** |
| | |
| **Future Total (Discounted at 8.5%)** | **$157,210,398** |
| | **$275,066,664** |

\* Represents February 15-December 31, 2019
— *See* PDX4.58 (subset)

PDX7.100

# Surgeons Heavily Involved in European Tender Process



| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| *Hospital & Applied* **Pre-Tender** | *Hospital* **Publishes Tender** | *Applied* **Prepares Bid Submission** | *Hospital* **Evaluates Bids** | *Hospital* **Awards Tender** |



**Popma**

- Surgeons **extensively involved** throughout the tender process

- Product quality play's **significant role** in EU tenders

— PDX3.2 (modified); T5 (Popma) 81:7-86:9, 88:23-90:3

PDX7.101

# Shares of Trocars and ABDs (Based on Units)
## Normalized Launch Years for Products in U.S. Markets



— *See* PDX4.53

PDX7.102

# Damages Calculation: Trocars Benchmark

| Year | Estimated Total Damages |
|---|---|
| 2019* | $4,356,297 |
| 2020 | $18,417,765 |
| 2021 | $39,016,961 |
| 2022 | $55,292,349 |
| 2023 | $81,325,891 |
| 2024 | $81,325,891 |
| *Past Total* | **$279,735,154** |
| | |
| 2025 | $60,047,557 |
| 2026 | $38,769,223 |
| 2027 | $17,490,889 |
| *Future Total* | **$116,307,669** |
| | |
| **Future Total (Discounted at 8.5%)** | **$101,969,851** |
| | **$381,705,005** |

\* Represents February 15-December 31, 2019
— *See* PDX4.55 (subset)

PDX7.103

# Damages From Medtronic's Anticompetitive Conduct

## $275,066,664 – $381,705,005





PDX7.104

# Claim 1: Sherman Act, Monopolization

Applied must prove:

1. the alleged relevant market is a valid antitrust market;

2. Medtronic possessed monopoly power in that market;

3. Medtronic willfully acquired or maintained monopoly power in that market, and did so by engaging in anticompetitive conduct in the form of allegedly exclusionary bundled contracting and/or unlawful exclusive dealing; and

4. Applied was injured in its business or property because of Medtronic's anticompetitive conduct.

— Jury Instruction No. 34

PDX7.105

# Claim 2: Sherman Act, Attempted Monopolization

Applied must prove:

1.  the alleged relevant market is a valid antitrust market;

2.  Medtronic engaged in exclusionary bundled contracting and/or unlawful exclusive dealing;

3.  Medtronic had a specific intent to achieve monopoly power in the alleged market;

4.  there was a dangerous probability that Medtronic would achieve its goal of monopoly power in the alleged relevant market; and

5.  Applied was injured in its business or property by Medtronic's anticompetitive conduct. Here, Applied alleges that Medtronic engaged in anticompetitive conduct in the form of exclusionary bundled contracting and/or unlawful exclusive dealing.

— Jury Instruction No. 43

PDX7.106

# Claim 3: Sherman Act, Unreasonable Restraint of Trade

Applied must prove:

1. the alleged ==relevant market== is a valid antitrust market;

2. Medtronic entered into ==exclusionary bundled contracting== and/or ==exclusive dealing agreements== for the sale of advanced bipolar devices to one or more hospital(s);

3. the agreement(s) were an unreasonable restraint of trade that resulted in a ==substantial adverse effect on competition== in the alleged relevant market;

4. Medtronic had ==substantial market power== in the alleged relevant market; and

5. ==Applied was injured== in its business or property because of the agreement(s).

— Jury Instruction No. 47

PDX7.107

# Claim 4: Clayton Act, Exclusive Dealing

Applied must prove:

1. the alleged ==relevant market== is a valid antitrust market;

2. there were ==exclusive dealing agreements== between Medtronic and its customers;

3. the exclusive dealing agreements have ==substantially foreclosed or have the probable effect== of foreclosing competition in a substantial share of the alleged relevant market; and

4. the exclusive dealing agreements ==caused Applied to suffer injury== to its business or property.

# Claim 5:  Cartwright Act, Unlawful Restraint of Trade

Applied must prove:

1.  Medtronic entered into exclusionary bundled contracting and/or unlawful exclusive dealing agreements for the sale of advanced bipolar devices to one or more hospital(s);

2.  the purpose or effect of Medtronic entering these agreements was to restrain competition in the relevant market;

3.  the anticompetitive effect of the restraint(s) outweighed any beneficial effect on competition;

4.  Applied was injured; and

5.  Medtronic's allegedly exclusionary bundled contracting and/or unlawful exclusive dealing was a substantial factor in causing Applied's injury.

— Jury Instruction No. 49

PDX7.109

# Medtronic's Misdirections

 Voyant's performance caused Applied **to be stuck** at ~3% market share in the USA for years

 Applied **turned down** business

PDX7.110

# Medtronic's Misdirections

 Voyant's performance caused Applied **to be stuck** at ~3% market share in the USA for years

- Medtronic recognizes Voyant is comparable, and Voyant excels in Europe and elsewhere.

- Let the market decide.

 Applied **turned down** business

- Applied tried everything, succeeding in Europe and elsewhere, while blocked in the USA.

- Applied makes rational, long-term business decisions.

PDX7.111

# Medtronic: Voyant is Comparable



The applied stuff is faster...I have heard many comments about that. Sorry, wish I could be more help

It is...quite a bit faster 😬

Sealing seems legit so far.

JTX 343
*at 3*

PDX7.112

# Medtronic: Voyant is Comparable



## Medtronic

**Email to Robertson**
*September 2019*

I hope you had a great holiday weekend. ==I had a surgeon ask me last week if there is any talk of a new design in the ligasure maryland rotating 360 degrees? He is trialing voyant now and he likes that feature of their hand piece?== He is a huge bariatric customer of mine so I told him I would reach out to get an answer for him. Thanks!!!



JTX 345
*at 1*

PDX7.113

# Medtronic: Voyant is Comparable



## Medtronic

**Email to Robertson**
*February 2021*

I just downloaded the logs off the FT10 at Methodist. The SN# is T8B22371DX. I spoke with George Becker and he confirmed that the logs were there. I also have both LF1844's from the case and will be creating mPXR's for them. ==Dr. Eslami ended up trialing the Voyant long blunt tip and it was sealing perfectly and zero bleeding. Not the outcome I was hoping for.== Please let me know if there is any other information you need from me. I really appreciate all of your help!



JTX 342
*at 1*

PDX7.114

# Medtronic: Voyant is Comparable



**Medtronic**
***Marketing Plan***
*Financial Year 2022*

**COMPETITIVE LANDSCAPE\***
WESTERN EUROPE / SES

THREAT LEVEL: High / Mid / Low

| COMPETITOR | THREAT LEVEL | THREAT DESCRIPTION | RESPONSE TO COMPETITOR |
|---|---|---|---|

| Applied | High | • Focus on LigaSure accounts<br>• Same quality as LigaSure but cheaper<br>  • Drives price erosion with 50% lower ASPs.<br>• *SMART technology* focus<br>  • Disrupting customer understanding of AE.<br>• New Hardware platform | ▪ Response to low-cost competitors;<br>  ▪ Bundling, Embedded lease<br>▪ Drive Nano Coating advantages<br>▪ Brand campaign<br>...ment campaign<br>...portfolio |

"• Same quality as LigaSure but cheaper"
"•    Drives price erosion with 50% lower ASPs."

**JTX 303** *at 7*

7    FY22 Marketing Plan | Confidential, for internal use only        **Medtronic**

PDX7.117

# Let the Market Decide



- "No such thing as a perfect device"



- Normal to get complaints

- Very low reportable event rate (~0.01 to 0.02%)



- Rate comparable to LigaSure (~0.03%)

PDX7.118

# Let the Market Decide



"I find that it – especially in my sleeve gastronomies is where I use it exclusively, it performs superior in my hands to what the LigaSure does."

— Dr. Jaime Cepeda



"In my opinion, Voyant has been a product that I do like using. I've been using it for three years pretty consistently. And I've had a great experience with it so far. And so it's been a product that I've continued to use because I think it works well for my practice and my patients."

— Dr. Brooke Naffziger

— Cepeda at 17:03-6; Naffziger at 15:17-16:01

PDX7.119

# Let the Market Decide





PDX7.120

**Verdict Form**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

**Instructions:** When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Jury Instructions for the law applicable to each question.

We, the jury, unanimously find as follows:

**I.  Market Definition**

1. Did Applied prove that there is a properly defined antitrust market (a "relevant market") in the United States?

     Yes____✔____  No_____

*If you answered "Yes," go to the next question. If you answered "No," do not answer any further questions. Proceed to the last page to sign and date the form.*

2. What do you find is the relevant market as proven by Applied?
   *Choose one of the following: (1) advanced bipolar devices ("ABDs"); (2) ABDS and robotics; (3) ABDs and ultrasonic devices; or (4) ABDs, ultrasonics, and robotics.*

   **1**
   _____

PDX7.127

**Verdict Form**



PDX7.128

**Verdict Form**



PDX7.129

**Verdict Form**



PDX7.130



Thank You

PDX7.131

PDX7.132