# EXHIBIT D

# Let the Market Decide



**Dr. Jamie Cepeda**

"I find that it – especially in my sleeve gastronomies is where I use it exclusively, it ==performs superior in my hands to what the LigaSure does.== And that's what I was using prior to the ==Voyant.=="



**Dr. Brooke Naffziger**

"In my opinion, ==Voyant has been a product that I do like using.== I've been using it for three years pretty consistently. And I've had a ==great experience== with it so far. And so it's been a product that I've continued to use because I think it ==works well for my practice and my patients.=="

— Cepeda at 17:3-7; Naffziger at 15:17-16:01

PDX8.1

# Deposition Testimony

In addition to testimony from live witnesses you'll hear testimony from deposition.  Deposition is the sworn testimony of a witness taken before trial.  The Witness's place under oath to tell the truth and lawyers from each side may ask questions.  The questions and answers are recorded.  You should consider deposition testimony presented to you in Court in lieu of live testimony, and give it the same weight as if the witness had been present to testify.

—Preliminary Jury Instruction No. A11

PDX8.2

# Medtronic Ignores Its Own Documents on Voyant

**Medtronic**   *Email to Robertson*
*September 2020*

> Watched first case with new Voyant (with the updated algorithm).  Only observed one, but It was definitely faster, dry and no sticking. We had better Watch out ☹

**JTX 344**
*at 1*

**Medtronic**   *LigaSure XP Maryland Jaw*
*August 2023*

"LigaSure™ Portfolio"

"Competitive devices with clinically similar performances pose a threat to our current products.

- Enseal, Olympus, and Voyant have launched new Maryland jaw vessel sealing devices:

**JTX 10**
*at 7*

PDX8.3

# Medtronic Ignores Its Own Documents on Voyant

## Medtronic

**SWOT results**
*September 2022*



**JTX 111**
*at 2*

### Voyant

## STRENGTHS

- Intelligent Energy System
- Speed (approx. 1second)
- Higher Burst Pressure vs. Ligasure
- Low cost, vertically integrated supplier

PDX8.4

# Complaints Regarding Voyant Are Very Low



**Fahim Nassery**

Director of Business
Development



**0.01%** reportable complaint rate in 2025

**0.02%** reportable complaint rate over last 8 years

— T8 (Nassery) Tr. at 133:22-1134:17

PDX8.5

# LigaSure Receives Complaints Too

## Medtronic



**JTX 27** *at 7*

**LigaSure devices perform well, but still have hemostasis related complaints.**

**Our VOX and Complaint Data indicate that LigaSure hemostasis reliability could be improved.**

PDX8.6

# LigaSure Receives Thousands of Complaints



**Tyrrell**

Medtronic

- **7,000+** complaints regarding LigaSure

- **2,000+** complaints reportable to the F.D.A.

- Complaints about:
  - Bleeding,
  - Bent/broken device,
  - Inadvertent activation,
  - Sealing issues,
  - and more...



JTX 2915

PDX8.7

# Same Product; Different Result



— *See* JTX-3228, T6 (Orsag) at 58:2-19

PDX8.8

# Same Product; Different Result

Q.  How is pricing for medical devices structured in South Korea?

A.  The government is involved.  And the ==government sets one price ...== ==for advanced bipolar devices==. ... And so there is ==no price competition== in that sense ....

— T6 (Orszag) at 78:15-23, 79:6-10, 18-19



ABD Market Share 2023

PDX8.9

# Applied Chose Not to Use a Potentially Hazardous Material



**Patrick Elliott**

General Mngr. of Technology & Development



Q    Okay.  And is that an issue that you considered from a product development standpoint for Voyant?

A    We understand how that technology works, but we didn't pursue it.  In some regulatory agencies, that particular material might be considered a hazardous substance ....

* * *

Q    Which regulatory authorities were you concerned about with respect to nano-coating?

A    The European Union and the European Chemical Agency has an advisory for that particular material. And, also, we're aware that the coating doesn't stay on the device through subsequent activations ....

— Elliott at 46:7-16, 47:16-24

PDX8.10

# Applied Chose Not to Use a Potentially Hazardous Material



**Patrick Elliott**

General Mngr. of Technology & Development



Q    Okay.  And is that an issue that you considered from a product development standpoint for Voyant?

A    We understand how that technology works, but we didn't pursue it.  …  So we went about ==developing in a different path with our algorithm to address the same thing== I think the nano-coating-coating's supposed to do.

— Elliott at 46:7 to 46:16

PDX8.11

# Medtronic CEO Brags About Contract Strength to Investors



Q3 FY25 Earnings Q&A Session

Geoff Martha
Chairman & Chief Executive Officer

"… But the contracting we do a lot of us directly with -- between us and the hospital.  So we have ==very tight contracts== that have been ==tested over time==, like if we have a ==supply shortage and then -- you know -- and a competitor takes up that and we get it back==, you get our -- we get that supply back. ==We're right back to where we were based on the contract==."

JTX 3173

— Video Timestamp 00:57:43 – 00:59:40

PDX8.12

# Medtronic Knows Bundles are "Financial Handcuffs"

**Medtronic**

***Enterprise Accounts Peer to Peer Training MTG***
*September 2020*



**JTX 438**
*at 20*



- **Suture**
- Brand confidence by U.S. customer base
- Lopsided market share in JNJ favor
- Financial handcuffs our customers are faced with (i.e., bundling)

PDX8.13

# Medtronic Blocks Trials with Contracts

**Medtronic**

**Central Area Breakout Meeting**
*May 2017*

**PLAYBOOK INITIATIVE**
**FOCUSED EXECUTION - MITIGATE COMPETITIVE THREATS**

Calls to Action:

- **If accounts begin competitive trials, communicate violation of our pricing agreements and be prepared to take them to access/list tier**

- Share intel with marketing regarding competitive pricing, messaging, and targeting

Reprocessing- Protect and expand our Energy platform through Collections Program

- Present Collections Program to 2 customers; roll out Q1
- FT10 Placements / Accelerate Triad removal from market
- Own the Next Gen Ligasure messaging – *more than just no-stick coating*
- Ligasure portfolio diversification at the account level.

**Medtronic**

**JTX 139**
*at 11*

PDX8.14

# Medtronic Has Monopoly Power in ABD Market

"**81%** market share in US RF vessel sealing market"

| JTX 285 *at 4* | JTX 322 *at 4* |

**82%** market share in Advanced RF market

JTX 18 *at 13*

"**85%** U.S. market share in Vessel Sealing products with our LigaSure"

JTX 524 *at 1*

**83%** "RF Vessel Sealing" market

JTX 102 *at 13*

PDX8.15

# Verdict Form – Question No. 1

**Instructions:** When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Jury Instructions for the law applicable to each question.

We, the jury, unanimously find as follows:

## I.  Market Definition

1.  Did Applied prove that there is a properly defined antitrust market (a "relevant market") in the United States?

    Yes_____    No_____

*If you answered "Yes," go to the next question.  If you answered "No," do not answer any further questions.  Proceed to the last page to sign and date the form.*

2.  What do you find is the relevant market as proven by Applied?
    *Choose one of the following: (1) advanced bipolar devices ("ABDs"); (2) ABDS and robotics; (3) ABDs and ultrasonic devices; or (4) ABDs, ultrasonics, and robotics.*

    _____

PDX8.16

# Verdict Form Question 2

2. What do you find is the relevant market as proven by Applied? *Choose one of the following: (1) advanced bipolar devices ("ABDs"); (2) ABDS and robotics; (3) ABDs and ultrasonic devices; or (4) ABDs, ultrasonics, and robotics.*

1

_____

PDX8.17

PDX8.18

# Medtronic Recognized Bundle Made Contract Drive Decision



**Corley**

**Medtronic**

> **JTX 410**
> *at 3*

***Email from Corley***
*March 2020*

**Current Landscape:**
- New Ascension Leadership
- ○ Drives strong standardization
- Energy Contract Expires 2021
- ○ Endo category comes up in 2021 and don't want to allow Ethicon to "bundle"

Q    So ==Medtronic didn't want to allow Ethicon to bundle== because Medtronic would lose business?

A    I think it's more -- yeah, I mean, we didn't want to lose business, but we also wanted to ensure that based on our clinical stakeholders that ==there wasn't an opportunity for a contract to drive that decision==.

— Corley at 52:7-13

PDX8.20

# Medtronic Pays Higher GPO Fees to Exclude Competition



**Michelle Weaver**

GPO Director



"So there is a ==bit of conflict when it comes to GPOs== negotiated on behalf of hospital systems …."

"So then on top of that, they can also negotiate the fees.  So ==standard fees are 3 percent or less==. But what GPOs sometimes happens is a ==supplier== will come during a bid to a GPO, and they ==will offer to pay higher fees== above that 3 percent in order to ==get a better position on the contract== …."

— T3 (Weaver) at 124:4-17

PDX8.21

# Medtronic Pays Higher GPO Fees to Exclude Competition



## Medtronic
### *Emails forwarded to Price*

Ascension is also asking for a 5% admin fee, 2% more than today. This has become a standard request for all Medtronic businesses. We have a consistent response that we will pay 5% for a committed award, but remain at 3% for access.

As for the administrative fee, Medtronic will provide a 3% fee for Access and a 5% fee for the Committed category in each segment.  This is consistent with the Medtronic policy of not providing additional fees for non-committed agreements.



**JTX 52**
*at 8*

**JTX 53**
*at 4*

PDX8.22