# TRANSCRIPT ORDER FORM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (*Additional instructions on next page.*)

COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Madeline Spanier | 2a. Contact Phone Number: 320-339-5513 | 3a. Contact E-mail Address: Madeline.Spanier@tr.com |
| 1b. Attorney Name (if different): | 2b. Attorney Phone Number: | 3b. Attorney E-mail Address: |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
2900 Ames Crossing Road, Eagan, MN 55121

5. Name & Role of Party Represented:

6. Case Name: Applied Medical v Medtronic

7a. District Court Case Number: 8:23-cv-00268

7b. Appeals Court Case Number:

8. INDICATE WHETHER PROCEEDING WAS (*choose only one per form*):
☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: EXCEPTIONAL REPORTING SERVICES, INC.

9. THIS TRANSCRIPT ORDER IS FOR:  ☐ Appeal  ☐ Non-Appeal    ☐ Criminal  ☐ Civil    ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| a. HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/20/2026 | 331 | | | ● | ○ | ○ | ○ | ○ | ○ | ○ 04/27/2026 | DAILY (Next day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ▼ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ▼ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ▼ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ▼ |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 02/19/2026    Signature: Madeline Spanier

G-120 (06/18)