UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 8:23-cv-00268-WLH-DFM | Date | February 27, 2026 |
|---|---|---|---|
| Title | *Applied Medical Resources Corporation v. Medtronic, Inc.* | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| Lesbith Castillo | None |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:   (IN CHAMBERS) ORDER SETTING POST-TRIAL BRIEFING SCHEDULE**

The Court is in receipt of the parties' Joint Submission Regarding Competing Requests for Post-Trial Briefing Schedule. (Dkt. No. 396). The Court sets the following briefing schedule for Medtronic's motions pursuant to Fed. R. Civ. P. 50 and 59:

| Opening briefs | March 12, 2026 |
|---|---|
| Opposition briefs | April 9, 2026 |
| Reply briefs | April 23, 2026 |

The Court additionally sets a hearing on the post-trial motions for May 8, 2026, at 1:30 p.m. The Court will set a briefing schedule on the outstanding equitable issues upon its resolution of Medtronic's post-trial motions.

**IT IS SO ORDERED.**