IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| APPLIED MEDICAL RESOURCES CORPORATION, a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC., a Minnesota corporation,<br><br>　　　　Defendant. | Case No. 8:23-cv-00268-WLH-DFM<br><br>**ORDER GRANTING APPLIED MEDICAL RESOURCES CORPORATION'S APPLICATION FOR LEAVE TO FILE UNDER SEAL [225]** |

Having considered Plaintiff Applied Medical Resources Corporation's Application for Leave to File Under Seal Documents in its Oppositions to Medtronic's Motion *in Limine* Nos. 1–3 And 5, and finding good cause therefore, the Application is **GRANTED**. Plaintiff may file the redacted portions of its Oppositions to Medtronic Inc.'s Motions *in Limine* Nos. 1–3 and 5 under seal. Plaintiff may also file Exhibits 1-7 under seal in their entirety.

**IT IS SO ORDERED.**

Dated: March 3, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE