Stephen C. Jensen (SBN 149894)
steve.jensen@knobbe.com
Joseph R. Re (SBN 134479)
Joe.re@knobbe.com
Joseph F. Jennings (SBN 145920)
joe.jennings@knobbe.com
Stephen W. Larson (SBN 240844)
stephen.larson@knobbe.com
Cheryl T. Burgess (SBN 250101)
Cheryl.burgess@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Adam B. Powell (SBN 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Facsimile: (858) 707-4001

*Attorneys for Plaintiff,*
APPLIED MEDICAL RESOURCES CORPORATION
[Defendant's counsel listed on next page]

Brian L. Stekloff (pro hac vice)
Sarah Neuman (pro hac vice)
bstekloff@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
**WILKINSON STEKLOFF LLP**
2001 M Street, NW
10th Floor
Washington, DC 20036
Telephone: (202) 847-4000

Leah Brannon (pro hac vice)
Alan B. Freedman (pro hac vice)
lbrannon@cgsh.com
afreedman@cgsh.com
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1500

Jason L. Liang (SBN 251235)
jliang@lianglyllp.com
**Liang Ly LLP**
601 South Figueroa Street, Suite 1950
Los Angeles, CA 90017
Telephone: (213) 262-8000

*Attorneys for Defendant,*
*MEDTRONIC, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

APPLIED MEDICAL RESOURCES CORPORATION, a California corporation,

Plaintiff,

v.

MEDTRONIC, INC., a Minnesota corporation,

Defendant.

Case No. 8:23-cv-00268-WLH-DFM

**JOINT STATUS REPORT AND [PROPOSED] SCHEDULE FOR INJUNCTION PHASE**

Hon. Wesley L. Hsu

Plaintiff APPLIED MEDICAL RESOURCES CORPORATION ("Applied") and Defendant MEDTRONIC, INC. ("Medtronic") submit this Joint Status Report regarding a briefing schedule on equitable issues.

On July 6, 2026, the Court ordered "the parties to submit a briefing schedule to address the remaining injunctive/equitable claims and defenses within thirty (30) days of this Order." Dkt. 423 at 22.

Medtronic's lead counsel has a lengthy trial in August and September such that the earliest hearing date that Medtronic can accommodate is October 16, 2026. Applied preferred an earlier hearing date, but has agreed to that date in the interest of compromise. The parties met and conferred on a briefing schedule based on that hearing date. As a result, the parties hereby agree and stipulate to the following briefing schedule.

| Event | Date |
| --- | --- |
| Applied's Opening Brief | August 14, 2026 |
| Medtronic's Opposition Brief | September 11, 2026 |
| Applied's Reply Brief | October 2, 2026 |
| Hearing | October 16, 2026 at 1:30pm |

Respectfully submitted,

**KNOBBE, MARTENS, OLSON & BEAR, LLP**

Dated: August 4, 2026

By: /s/ *Adam B. Powell*
Stephen C. Jensen
Joseph R. Re
Joseph F. Jennings
Stephen W. Larson
Cheryl T. Burgess
Adam B. Powell

Attorneys for Plaintiff,
APPLIED MEDICAL RESOURCES CORPORATION

**WILKINSON STEKLOFF LLP**

Dated: August 4, 2026

By: /s/ *Brian L. Stekloff*
Brian L. Stekloff
Sarah Neuman

Attorneys for Defendant,
MEDTRONIC, INC.

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned filer hereby attests that all of the other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

*/s/ Adam B. Powell*
Adam B. Powell