UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:23-cv-00268-WLH-DFM | Date | October 16, 2026 |
| Title | Applied Medical Resources Corporation v. Medtronic, Inc. | | |

| | |
|---|---|
| Present: The Honorable | WESLEY L. HSU, United States District Judge |

| | |
|---|---|
| Claudia Garcia-Marquez | CourtSmart |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
| Joseph R. Re<br>Stephen W. Larson<br>Adam Powell<br>Stephen C. Jensen<br>Nefi Oliva | Alysha L. Bohanon<br>Brian L. Stekloff |

**Proceedings:** **MOTION FOR PERMANENT INJUNCTION AND RESOLUTION OF EQUITABLE ISSUES [427] (Held and Completed)**

The matter is called, and counsel state their appearances. The Court hears oral argument regarding the parties' proposed permanent injunction. The matter is taken UNDER SUBMISSION following the deadline for the parties to submit proposed modifications and any responses thereto. The parties may submit proposed modifications to the permanent injunction within one week of the hearing. Any responses shall be filed by the end of the following week. The Court will issue its ruling thereafter.

01 : 31

Initials of Deputy Clerk cgm